## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

pro se,

JOHN S. SHIPLEY,            :          CA. No. 04-1530 JJF

                                 :

             Plaintiffs,     :          Jury Trial Demanded

                                 :

Vs.                           :

B & F TOWING Co., et al     :

                                 :

                                 :

448 Old Airport Rd         :

New Castle De, 19720     :

                                 :

                                 :

            Defendants     :

FILED
2005 MAR -4 PM 12: 52
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### Reply Answer to the Answer of the Defendants

I.      Everything stated was truthful and it must be decided by the court on the merits.

II.     The defendant did have knowledge of the plaintiffs race before commitimg this

unlawful act against the plaintiff.

III.    This must be decided by the court on its merits because we have a dispute

IV.    There is no Exhibit A and C of the plaintiff's complaint.  Also the defendant did

violate the plaintiff's due process rights under the Fourteenth Ammendment.

Therefore, it must be heard on the merits.

V.    The plaintiff is relying on the merits stated in Section IV of the plaintiff's

complaint.

VI.    The plaintiff is relying on what is stated in the plaintiff's original complaint.  This

must be heard by the court on the merits.

VII.    The plaintiff is relying on what is stated in the plaintiff's original complaint.  This

must be heard by the court on the merits.

VIII.    The plaintiff is relying on what is stated in the plaintiff's original complaint.  This

must be heard by the court on the merits.

## 2. Reply to the Defendants Affirmative Defenses

1. The complaint does state a claim upon

which relief can be granted.  See plaintiff's

complaint Section IX 1., 2., 3.

JOHN S. SHIPLEY, pro se

**JOHN S. SHIPLEY**

609 Wildel Avenue

Minquadale

New Castle, DE 19720

**Plaintiff**      1610 672 2338

Dated: 2/01/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2005, one copy of the

foregoing *REPLY ANSWER to tHE ANSWER*          **of Documents to the Defendant**

was caused to ~~by~~ ~~hand~~ delivered to the following:

> Smith, Katzenstein, Furlow, LLP
>
> The Corporate Plaza
>
> 800 Delaware Avenue, 7[th] Floor
>
> P.O. Box 410
>
> Wilmington, Delaware 19899

**JOHN S. SHIPLEY, pro se**

**JOHN S. SHIPLEY**

609 Wildel Avenue

Minquadale

New Castle, DE 19720

**Plaintiff**

Received By: *[signature]* 3/4/05

DATED: 03/04/05