IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF DELAWARE

pro se,

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | CA. No. 04-1530 JJF |
| | : | |
| | : | Jury Trial Demanded |
| Plaintiffs, | : | |
| | : | |
| Vs. | : | |
| | : | |
| B & F TOWING COMPANY and | : | |
| OWNERS, A business organized and | : | |
| Existing under the laws of the United | : | |
| States of America | : | |
| 448 Old Airport Rd | : | |
| New Castle De, 19720 | : | |
| | : | |
| | : | |
| Defendants | : | |

## First Set of Interrogatories and Production of Documents
### to the Defendant

I.  On what date did you give John S. Shipley notice that you were going to tow his car from his private property?

II. Produce a copy of the notice allegedly given to John S. Shipley advising that B & F Towing Company was going to take his private property.

III. What was the reason that you, B & F Towing Company, removed John S. Shipley's car from his private property?

IV. What is the name and address of the driver whom working for B & F Towing Company removed the vehicle from John S. Shipley's private property?

V. How many cars has B & F Towing Company removed from individuals private property without notice?.

VI. Before John S. Shipley's vehicle was removed, there was a note placed in the driver's side window. What did the note read?

VII. Who authorized the removal of John S. Shipley's vehicle from his private property?

VIII. What is the name of B & F Towing Company's liability insurance carrier?

*John Shipley*

JOHN S. SHIPLEY, pro se

*John S. Shipley*

JOHN S. SHIPLEY
609 Wildel Avenue
Minquadale
New Castle, DE 19720
**Plaintiff**

Dated: 03/04/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2005, one copy of the foregoing **First Set of Interrogatories and Production of Documents to the Defendant** was caused to be HAND delivered to the following:

Smith, Katzenstein, Furlow, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899

*John S. Shipley*
**JOHN S. SHIPLEY**, pro se

**JOHN S. SHIPLEY**
609 Wildel Avenue
Minquadale
New Castle, DE 19720
**Plaintiff**

Received by: [signature] 3/4/05

DATED: 03/04/05