IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al ) | |
| ) | |
| Plaintiffs, ) | C.A. No 04-1530 JJF |
| ) | |
| v. ) | |
| ) | |
| B & F TOWING COMPANY and ) | |
| OWNERS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of April, 2005, two copies of this Notice of Service and two copies of Defendant B & F Towing Co.'s Responses to First Set of Interrogatories and Production of Documents were caused to be served via first class mail on the following:

  John S. Shipley
  609 Wildel Ave.
  New Castle, DE 19720

    SMITH, KATZENSTEIN & FURLOW LLP

     /s/ Laurence V. Cronin
    Laurence V. Cronin (ID No. 2385)
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: LVC@skfdelaware.com
    Attorneys for Defendant B & F Towing Co.

Date: April 4, 2005