# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 5, 2005

Mr. John S. Shipley, Pro Se
609 Wildel Avenue
New Castle, DE 19720

Laurence V. Cronin, Esquire
Smith, Katzenstein & Furlow LLP
P. O. Box 410
Wilmington, DE 19899

    RE: Shipley v. B & F Towing Company and Owners
       Civil Action No. 04-1530 JJF

Dear Mr. Shipley and Mr. Cronin:

  Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that Plaintiff and counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, May 23, 2005**.

  Enclosed is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

  If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

                     Sincerely,

                      JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court