

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 23, 2005

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   Shipley v. B & F Towing
      C.A. No. 04-1530 JJF

Dear Judge Farnan:

Pursuant to Your Honor's letter of May 5, 2005, enclosed is a proposed scheduling order on behalf of the defendant in the above referenced matter. Unfortunately, the parties have not been able to discuss the substance of this order. I did meet with Mr. Shipley in my office on May 17 and May 23, 2005, but he was not prepared to discuss Your Honor's form of order or the enclosed order either time we met. Instead, Mr. Shipley stated this morning that he would be contacting the Court to ask for a conference call.

If Your Honor has any questions regarding the proposed order, I am available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (# 2385)

LVC/vkm

Enclosure

cc:   Clerk of Court (via e-file w/ enc.)
      Mr. John Shipley (via first class mail w/ enc.)

10003012.WPD