IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY, et al )
PRO.SE )
    Plaintiffs, ) C.A. No 04-1530 JJF
)
    v. ) JURY TRIAL
) DEMANDED
B & F TOWING COMPANY and )
OWNERS, )
)
    Defendants. )

RECEIVED MAY 23 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

_Motion_

The parties has not satisfied their obligations under Fed. R. Civ. P. 26(f),

1. THE plaintiffs, JOHN S SHIPLEY ARE Requesting TRIAL by JURY,

2. I am asking THE COURT to schedule a Conference IN THE above MATTER.

5-23-05

John S SHIPLEY
John S Shipley
609 Wild El
AVE NEW CASTLE
DELAWARE

# CERTIFICATION

I JOHN S SHIPLEY CERTIFY THAT a COPY of THIS MOTION WAS HAND deliVERED to LAURENCE V. CRONIN ESQ. AS 800 DELAWARE AVE WILMINGTON DE. 19899

5-23-05

JOHN S SHIPLEY

*John S Shipley*

609 Wilde 1

Rec'd by

*Stephanie K. Miller*

Case 1:04-cv-01530-JJF    Document 10    Filed 05/23/2005    Page 4 of 4