IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B & F TOWING COMPANY and )<br>OWNERS, )<br>)<br>Defendants. ) | C.A. No 04-1530 JJF |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 10th day of August, 2005, two copies of this Notice of Service and two copies of Defendant's Rule 26 Initial Disclosures were caused to be served via first class mail on the following:

John S. Shipley
609 Wildel Ave.
New Castle, DE 19720

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Laurence V. Cronin*

Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Defendant B & F Towing Co.

Date: August 10, 2005

10005593.WPD