IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY )
PRO. SE )
    Plaintiff )
)   C.A. No 04-1530 JJF
v. )
)
B & F TOWING COMPANY and )
OWNERS, )
)
    Defendants. )

RECEIVED AUG 10 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Motion For Extention Of Time Of Scheduling Order

1, I John Shipley needs extention of time as to paragraph two & six of the scheduling order because at this time I don't know who others are at this time that will be joining this suit or amendment of pleadings are until facts of discovery are completed it would be inproper at this time to close my self in.

2. See exhibit A

3 Plaintiff would like the Court schedule a conference in person before August 22, 05.

/s/ John S Shipley
/s/ John S Shipley
John S Shipley
609 Wilde 1 Ave
New Castle DE 1197

8-10-05

STATE OF DELAWARE
Justice of the Peace Court 11
61 CHRISTIANA ROAD
New Castle, DELAWARE 197200000
TELEPHONE (302) 323-4450

DATE May 24, 2005

VERNE D ORNDORFF                          ARRAIGNMENT AND TRIAL

                                          Case Number: 0410019608

            vs                            Arrest Number: WI10002904

JOHN S SHIPLEY                            UNREG VEHICLE - /0606
609 WILDEL AVE                            UNREG VEHICLE - /0606
MINQUADALE                                WEEDS AND GRASS - /0606
NEW CASTLE DE 19720                       SEE ATTACHED FOR OTHER CHARGES


     ARRAIGNMENT AND TRIAL have been scheduled in this court in the above referenced arrest for August 23, 2005 at 08:30 AM

     The presence of the Complainant(s) and Defendant will be required at this hearing. Failure of the Defendant to appear will result in a capias being issued for his arrest.

                                          Sincerely

                                          _____CMC_____
                                                Clerk


cc: VERNE D ORNDORFF
    Court Files
    - NEW CASTLE COUNTY OFFICE OF COMPLAINTS
    ORNDORFF - NEW CASTLE COUNTY OFFICE OF COMPLA
    JOHN S SHIPLEY

# CERTiFicATioN

I JOHN S SHIPLEy CeRtifY that a copy of THIS motion was HAND deIvered to LAUrENCE V. CRoNIN Esq. AS 800 DELAWARE AVE WiLMiNgToN DE.19899.

Rec'd by JK Miller 8/10/05 12:30 pm

8-10-05

JOHN S SHiPLey

Jot S Ship

Jot S Shiply

609 Wilde / NEW castle DE/ 19720