IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,           :
                           :
       Plaintiff,          :
                           :
    v.                     :   Civil Action No. 04-1530-JJF
                           :
B & F TOWING COMPANY and   :
OWNERS,                    :
                           :
       Defendants.         :

**ORDER**

WHEREAS, on August 10, 2005, Plaintiff field a Motion For Extension Of Time Of Scheduling Order (D.I. 14), requesting that the Court permit him additional time to join parties and amend the pleadings;

WHEREAS, Defendants did not object to Plaintiff's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time Of Scheduling Order (D.I. 14) is **GRANTED**.

2. The dates set forth in the Scheduling Order (D.I. 11) are extended as follows:

    a. **Pre-Discovery Disclosures.** The parties will exchange by **December 9, 2005** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

    b. **Joinder of Other Parties.** All motions to join other parties shall be filed on or before **December 9, 2005.**

    c. **Discovery.**

        (i) Exchange and completion of first set of

        interrogatories, identification of all fact witnesses and first request for document production shall be commenced so as to be completed by **January 30, 2006**.

        (ii) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **March 3, 2006**; from the defendant by **March 31, 2006**.

        (iii) All discovery shall be completed by **March 31, 2006**.

    d.   **Amendment of Pleadings.** All motions to amend the pleadings shall be filed on or before **December 9, 2005**.

    e.   **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **April 14, 2006**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    f.   **Pretrial Conference and Trial.** A Pretrial Conference will be held on **June 8, 2006 at 11:30 a.m.**

3.   All other information contained in the Scheduling Order (D.I. 11) not herein amended is still applicable.

November 15, 2005

                                                  /s/ Joseph J. Farnan
                                                  UNITED STATES DISTRICT JUDGE