ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 04-1530-JJF |
| v. | : |
| | : |
| B & F TOWING COMPANY and | : |
| OWNERS, | : |
| | : |
| Defendants. | : |

*Motion*

### REQUEST FOR DETAILED INFORMATION ON
### OR PERTAINING TO PARTIES WITH
### DISCOVERABLE INFORMATION

Whereas, on December 9, 2005, I, the plaintiff, John S. Shipley request that more information be disclosed about the persons and information these persons might have concerning to support my claim.

1. B & F Towing Company and Owners produce all letters and documents relating to the towing and unlawful removal of John S. Shipley's vehicle from his property without his knowledge or consent. Produce evidence to support the claim *identifying* by Verne D. Orndoff of the New Castle County Department of Land Use office of Code Enforcement located at Reads Way, Corporate Commons, New Castle, DE 19720. Also provide documentation as to why the plaintiffs vehicle was towed and whom ordered it to be towed. Proof should be submitted by written affidavit.

2. B & F Towing Company and Owners please have Mr. Baker give a written statement of who ordered him to tow the vehicle and why. Please submit documentation by written affidavit.

3. B & F Towing Company and Owners please have Mr. Fenimore give a written statement of the circumstances surrounding the towing and unlawful taking of Shipley's vehicle. Please provide documentation by affidavit

4. B & F Towing Company and Owners provide all names of the police officers that went onto Shipley's property as well as any officers that have information regarding the towing of Shipley's vehicle. Also submit all documents and reports regarding the reason that the vehicle was towed with out Shipley's knowledge and who ordered and authorized the towing of the vehicle from New Castle County Police Department or, if applicable, the Delaware State Police Department. Please provide documentation by affidavit.

5. B & F Towing company and Owners produce the name of your business insurance company and a copy of your policy.

*John S. Shipley*

John S. Shipley, **pro se**
609 Wildel Ave.
Minquadale
New Castle, DE 19720

Date: December 9, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-1530-JJF |
| v. | : | |
| | : | |
| B & F TOWING COMPANY and | : | |
| OWNERS, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2005, a copy of this Notice of Service and a copy of Request for Detailed Information on or Pertaining to Parties with Discoverable Information were caused to be served in person on the following:

      Laurence V. Cronin ( ID No. 2385)

      Smith, Katzenstein & Furlow LLP

      800 Delaware Avenue, 7th Floor

      P.O. Box 410

      Wilmington, DE 19899 (Courier 19801)

      Telephone:302-652-8400

      Email: LVC@skfdelaware.com

      Attorney for B & F Towing Co.

John S. Shipley, **pro se**

609 Wildel Ave.

Minquadale

New Castle, DE 19720

Date: December 9, 2005