IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al ) | |
| ) | |
| Plaintiffs, ) | C.A. No 04-1530 JJF |
| ) | |
| v. ) | |
| ) | |
| B & F TOWING COMPANY and ) | |
| OWNERS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT B & F TOWING CO.'S OPPOSITION TO PLAINTIFF'S "MOTION REQUEST FOR DETAILED INFORMATION ON OR PERTAINING TO PARTIES WITH DISCOVERABLE INFORMATION"**

1. On December 12, 2005, plaintiff John S. Shipley ("Shipley" or "plaintiff") filed a "Motion [sic] Request For Detailed Information On Or Pertaining to Parties with Discoverable Information." (D.I. 16).

2. After reviewing plaintiff's motion, counsel for defendant wrote Shipley requesting that he clarify whether his intent through the filing of this document was to serve discovery requests pursuant to Rule 33 or 34, or whether he intended to file a motion to compel pursuant to Rule 37. (Exhibit A).

3. Plaintiff did not respond to counsel's letter. However, since plaintiff was served with a copy of defendant's initial disclosures on August 10, 2005, defendant understands plaintiff's motion to be a request for additional information based upon those disclosures. (Defendant's Initial Disclosures attached as Exhibit B). As such, defendant intends to respond to plaintiff's motion in accordance with Rules 33 and 34 within the 30 days permitted by those rules. In addition, since plaintiff has not complied with Rule 37, Local Rule 37.1 and the Court's scheduling order with

respect to discovery disputes, no order is appropriate compelling a response to discovery requests that are not yet due.

WHEREFORE, defendant respectfully asks that plaintiff's "motion" be denied, and that it be permitted to respond to plaintiff's discovery in accordance with Rules 33 and 34..

                    SMITH, KATZENSTEIN & FURLOW LLP

                    _____
                    Laurence V. Cronin (ID No. 2385)
                    800 Delaware Avenue, 7th Floor
                    P.O. Box 410
                    Wilmington, DE 19899 (Courier 19801)
                    Telephone: 302-652-8400
                    Telecopy: 302-652-8405
                    Email: LVC@skfdelaware.com

                    Attorneys for defendant

December 27, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2005, two copies of the foregoing Defendant B & F Towing Co.'s Opposition To Plaintiff's "Motion Request For Detailed Information On Or Pertaining To Parties With Discoverable Information" were caused to be served via first class mail on the following:

John S. Shipley
609 Wildel Ave.
New Castle, DE 19720

_____
Laurence V. Cronin

10009594.WPD