DEFENDANT B & F TOWING CO.'S OPPOSITION
TO PLAINTIFF'S "MOTION REQUEST FOR DETAILED
INFORMATION ON OR PERTAINING TO PARTIES
WITH DISCOVERABLE INFORMATION"

EXHIBIT A



**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

December 9, 2005

Mr. John S. Shipley
609 Wildel Ave.
New Castle, DE 19720

Re:   *Shipley v. B & F Towing - C.A. No. 04-1530 JJF*

Dear Mr. Shipley:

Today I received a document from you entitled "Motion [sic] Request for Detailed Information On or Pertaining to Parties With Discoverable Information." After reviewing this document, it is not clear to me whether you intend to serve discovery pursuant to Rules 33 or 34, or whether you are filing a motion to compel pursuant to Rule 37. If it is the latter, you have failed to follow Rule 37, Local Rule 37.1 and the court's scheduling order regarding discovery disputes. If you request is intended to be the former, please let me know and we will prepare responses in accordance with those rules. If I do not hear from you, I will assume that you intended these as discovery requests and will respond accordingly.

I also note that you did not serve us today with your initial disclosures as required by the amended scheduling order. Please let us know as soon as possible when we will receive them.

Finally, with respect to our telephone conversation earlier this week, please understand that I have no interest in representing you in any litigation that you intend to pursue now or in the future. Therefore, your repeated requests that I consider settling this case so that I can represent you in other litigation is neither appropriate nor welcome.

If you have any questions regarding the foregoing, please let me know.

Very truly yours,

Laurence V. Cronin

LVC/vkm

cc:   Mr. Robert Fenimore

10009175.WPD