**DEFENDANT B & F TOWING CO.'S OPPOSITION TO PLAINTIFF'S "MOTION REQUEST FOR DETAILED INFORMATION ON OR PERTAINING TO PARTIES WITH DISCOVERABLE INFORMATION"**

EXHIBIT B

John S. Shipley
John S. Shipley, Pro se
609 Wildel Avenue
New Castle, DE 19720

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, et al | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No 04-1530 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B & F TOWING COMPANY and OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 10th day of August, 2005, two copies of this Notice of Service and two copies of Defendant's Rule 26 Initial Disclosures were caused to be served via first class mail on the following:

John S. Shipley
609 Wildel Ave.
New Castle, DE 19720

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Defendant B & F Towing Co.

Date: August 10, 2005

10005593.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, et al | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No 04-1530 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B & F TOWING COMPANY and OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S RULE 26 INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Defendant, by and through his undersigned counsel, hereby discloses to Plaintiff the following information:

**A.** **The Name and, If Known, the Address and Telephone Number of Each Individual Likely to Have Discoverable Information That the Disclosing Party May Use to Support its Claims or Defenses, Identifying the Subjects of the Information**

Verne D. Orndorff
New Castle County
Department of Land Use
Office of Code Enforcement
87 Reads Way, Corporate Commons
New Castle, DE 19720
302-395-5040

Officer Orndorff is believed to have information relating to the reasons why the County decided to have plaintiff's vehicle towed.

Mr. Robert Fenimore
Mr. Michael Baker
B & F Towing Co.
449 Old Airport Road
New Castle, DE 19720
302-328-4146

10005580.DOC

Mr. Baker was the driver who towed plaintiff's vehicle. Mr. Fenimore is aware of at least some of the circumstances surrounding the towing of the vehicle.

In addition, it is believed that one or more police officers from the New Castle County police department (whose names are presently unknown) may have information regarding the towing of the vehicle at issue.

B.  **A Copy of, or a Description by Category and Location of, All Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of the Party And that the Disclosing Party May Use to Support its Claims or Defenses, Unless Solely for Impeachment**

Defendant has documents relating to the towing of the vehicle at issue. Defendant's counsel also has in his possession documents from New Castle County relating to its decision to have the vehicle towed.

C.  **A Computation of Any Category of Damages Claimed by the Disclosing Party**

Not applicable.

D.  **The Existence of Any Insurance Agreement under Which Any Person Carrying on an Insurance Business May Be Liable to Satisfy Part or All of a Judgment Which May Be Entered in the Action or to Indemnify or Reimburse for Payments to Satisfy the Judgment**

None.

As to all categories listed above, Defendant's investigation is continuing. Subject to the requirements of Fed. R. Civ. P. 26, it reserves the right to supplement this disclosure if further relevant information is discovered.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)\
Telephone: 302-652-8400
Telecopy:  302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Defendant B & F Towing Co.

Date:  August 10, 2005

10005580.DOC