IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>B & F TOWING COMPANY and )<br>OWNERS, )<br>)<br>Defendants. ) | C.A. No 04-1530 JJF |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2006, two copies of this Notice of Service and two copies of Defendant B & F Towing Co's Responses to Plaintiff's Request For Detailed Information On Or Pertaining To Parties with Discoverable Information were caused to be served via first class mail on the following:

> John S. Shipley
> 609 Wildel Ave.
> New Castle, DE 19720

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Laurence V. Cronin/*

Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Defendant B & F Towing Co.

Date:  January 9, 2006

10009988.WPD