IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

pro se,

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | CA. No. 04-1530 JJF |
| | : | |
| | : | Jury Trial Demanded |
| Plaintiffs, | : | |
| | : | |
| Vs. | | : |
| | : | |
| B & F TOWING COMPANY and | : | |
| OWNERS, A business organized and | : | |
| Existing under the laws of the United | : | |
| States of America | : | |
| 448 Old Airport Rd | : | |
| New Castle De, 19720 | : | |
| | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S REPLY MOTION TO DEFENDANTS
## MOTION TO DENY

1. The Plaintiff wants the defendant to produce all the information requests better known as production of documents.

2. The Plaintiff wants the defendant to produce all documents and notices

that the vehicle was going to be removed from the property and cite any rulings that defendant claims supports the removal of the plaintiff's and cars from property without notice that it would be towed by B & F Towing Co.

3. On the date of the towing of the vehicles those photos are not a true and accurate representations of Shipley's property at the time the vehicle was towed. The branch and leave debri as well as the weeds and grass surrounding the garage had been removed.

4. The vehicles were not parked in the direction of those photos. The van was moved from in front of the garage and the Lincoln was parked horizontal in the driveway parallel to the garage. The vehicle was registered as you can see in the Plaintiff;s original complaint.

5. The Plaintiff is the owner of the property. The property is paid for and he Plaintiff does not have a mortgage on the property. The property is free and clear. See Exhibit A 1-2 3-4

6. The Plaintiff wants the Defendant to produce all notices that were given by B & F Towing Company to the Plaintiff that they would be removing his car from his private property.

7. John S. Shipley requests that the courts set up a conference immediately before the court moves any further in this matter to get the clear background facts before Shipley amends the complaint which can be amended anytime.

8. Shipley had been pushed from a moving train on 04/04 and was on medication and unable to function as normal.

9. Shipley is relying on the claims of the due process violations and the scheme of discrimination. In support of the claim of due process violation Cite as Federal Supplement 619 Judge Wright. Also Cite as 703 F. Supp 1122 (D.Del. 1988) Judge Roth for the scheme of discrimination.

Wherefore, the Plaintiff respectfully asks that the defendant be ordered to produce all requests and documents by afidavit and that the court schedule a hearing to be heard before a order is made in the case.

JOHN S. SHIPLEY, pro se

*/s/ John S. Shipley*

JOHN S. SHIPLEY
609 Wildel Avenue
Minquadale
New Castle, DE 19720
**Plaintiff**

Dated: 01/16/06



OCWEN

10/23/2000

John Shipley
609 Wildel Avenue
New Castle, DE 19720

**Re: Satisfaction of Mortgage #2096493**

Dear Mr. Shipley:

I have enclosed a copy of the original recorded satisfaction of mortgage on your account. This document clearly indicates that you loan had been paid in full and there should no lien of record at this time in accordance with the bank.

Should you require anything further, please put your request in writing as this concludes all matters in relation to your account.

Thank You,

Vincent D. Rizzo
Workout Supervisor

09/27/2000  16:57   9281242                                ATM CORP OF AMERICA

032452

97 MAR 31 PM 12:28
MICHAEL H. BATTAGLIA
RECORDER OF DEEDS
NEW CASTLE CO. DE

BK0029PG0302

Parcel Number: 1001030052

Prepared by: Heidi Betts-Smith
1655 Palm Beach Lakes Blvd. #105
West Palm Beach, Florida 33401

RETURN TO: John & Rochelle Shipley
609 Wildel Ave
New Castle, Delaware
19720

# DELAWARE
## SATISFACTION OF MORTGAGE

Loan Number: 2096493
To: Recorder of Deeds
NEW CASTLE County

You are hereby requested and authorized to enter satisfaction of and cancel of record, the mortgage in the amount of $25,500.00 and executed on JULY 19, 1978 by JOHN S. SHIPLEY AND ROCHELLE D. SHIPLEY, Mortgagor(s), to FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF NEW CASTLE COUNTY, Mortgagee, recorded on JULY 19, 1978, in the office of NEW CASTLE County, Delaware, in Mortgage Record Volume L-85 at Page 84.

Property Address: 609 WILDEL AVENUE, MINQUADALE, NEW CASTLE, DE

Witnessed in the presence of:

OCWEN FEDERAL BANK FSB F/K/A
FIRST FEDERAL SAVINGS & LOAN ASSOCIATION
OF NEW CASTLE

By: _____
Name: David A. Holt
Title: Vice President

Attest: _____
Name: Arthur J. Castner
Title: Assistant Secretary

STATE OF FLORIDA      )
                      ) ss.
COUNTY OF PALM BEACH  )

This instrument was acknowledged before me on this 24th day of March, 1997, by David A. Holt, a Vice President of Ocwen Federal Bank FSB f/k/a First Federal Savings & Loan Association of New Castle County, on behalf of the bank. David A. Holt is personally known to me.

Cathi Barrett
Notary Public

CATHI BARRETT
My Commission # CC396506
Expires May 21, 2000

2136561

A. 2

Tax Parcel ID #: 10010.30052
Prepared By: Cathi Barnett

Return to: Ocwen Federal Bank FSB
1665 Palm Beach LKS Blvd.
WPB, FL 33401

## MORTGAGE SATISFACTION PIECE

YOU ARE HEREBY requested and authorized to enter satisfaction of, and cancel record of, the following mortgage:

Mortgagor(s): John S. Shipley
Rochelle D. Shipley

Mortgagee(s): First Federal Savings & Loan Association of New Castle County

Date: 7/19/78

Amount: $25,500.00

Address of Property (if available):

Mortgage Record: Book L-85 Page 84

Assignee (if applicable):

Assignment Record (if applicable): Book_____ Page_____

IN WITNESS WHEREOF the said Corporation has executed this Mortgage Satisfaction Piece this 16th day of April, 1997.

OCWEN FEDERAL BANK FSB FKA FIRST FEDERAL SAVINGS & LOAN ASSOCIATION

Witnessed in the Presence of

By: _____
(Title and Rank) DAVID A. HOLT
VICE PRESIDENT

Attest: _____
(Title and Rank) ARTHUR J. CASTNER
Assistant Secretary

State of FLORIDA
County of PALM BEACH

This instrument was acknowledged before me on this 16th day of April, 1997, by DAVID A. HOLT as VICE PRESIDENT of OCWEN FEDERAL BANK FSB.

_____
Notary Public

My commission expires: _____


CATHI BARNETT
My Commission # CC556508
Expires May 21, 2000



**LOCAL SCHOOL TAXES**

**State of Delaware**

**LOCAL SCHOOL DISTRICT TAXES STATE OF DELAWARE**
**For Fiscal Year 07/01/2005-06/30/2006**
**SUPPLEMENTAL TAX BILLING**

| | | |
|---|---|---|
| **ACCOUNT NUMBER:** 1001030052 | **BILLING DATE:** 01/10/06 | **MAIL BY:** 01/24/2006 |
| **PROPERTY DESCRIPTION:** 609 WILDEL AV | | **LOT NO.:** |
| **MORTGAGE COMPANY INFORMATION:** NONE | | |

016418

**EXEMPT CODES:** NONE

You may pay with Discover Card by calling (302) 323-2600 - Discover Card fees vary based on the amount of the bill
You may also pay with Visa, MasterCard or American Express by calling Official Payments Corp. (OPC) at (800) 272-9829 or via the Internet at www.officialpayments.com
-NEW CASTLE COUNTY'S JURISDICTION CODE IS 1801.
-OPC transaction fees vary based on the amount of your bill.

Current School District Taxes
State of Delaware

| School District | Taxable Assessment | X | Rate/$100 Assessment | X | % = | Amount |
|---|---|---|---|---|---|---|
| Total Current Tax | | | | | | 0.00 |

| | |
|---|---|
| Current Tax | 0.00 |
| Prior Balance | 406.67 |
| Penalty | 36.62 |
| **TOTAL SCHOOL TAXES** | **443.29** |

Bills are due and payable upon receipt. Statutory penalties will be applied if payment isn't received by 01/31/2006 without regard to postmark.

Current amounts becoming past due will be assessed an immediate penalty of 6%. ALL accounts will be charged an additional 1% penalty on the first of every month thereafter.

Unpaid taxes constitute a lien against your property. Failure to make timely payment may subject your property to foreclosure.

Checks that are returned for any reason to New Castle County may be subject to additional fees. (Ordinance #99-022)

For inquiries concerning your local school tax rate, please call .
For inquiries concerning your vocational school tax rate, please call .
For all other inquiries concerning this bill, please call 302-323-2600.

This portion is for your records
--------
Please return this portion with your payment.    Make check payable to NEW CASTLE COUNTY
NEW MAILING ADDRESS:    Mail to P.O. Box 827593, Philadelphia, PA 19182-7593

| | | |
|---|---|---|
| **AMOUNT DUE:** 443.29 | **DUE DATE:** 01/31/2006 | **ACCOUNT NUMBER:** 1001030052 |

**LOCAL SCHOOL DISTRICT TAXES**
**STATE OF DELAWARE**
**For Fiscal Year 07/01/2005-06/30/2006**



**LOCAL SCHOOL TAXES**

**State of Delaware**

☐ Check box for change of address

||..|||.|.|..|.|.|||....||..||.|.|.||||..|.|.|..|||
*********AUTOCR**C-009 3490 T18:69#
SHIPLEY JOHN S & ROCHELLE
609 WILDEL AVE
NEW CASTLE DE  19720-6144

A4



3 1001030052404040404040000044329 8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2006, one copy of the **PLAINTIFF'S REPLY MOTION TO DEFENDANTS MOTION TO DENY** was caused to behind delivered to the following:

Lawrence Cronin
800 Delaware Avenue 7th Floor
PO Box 410
Wilmington DE 19899
Telephone 302-652 8406
Attorney for Defendant B+F Towing Co.

Rec'd 1/20/06
[signature]

JOHN S. SHIPLEY, pro se

[signature: John S Shipley]
**JOHN S. SHIPLEY**
609 Wildel Avenue
Minquadale
New Castle, DE 19720
**Plaintiff**