IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al ) | |
| ) | |
| Plaintiffs, ) | C.A. No 04-1530 JJF |
| ) | |
| v. ) | |
| ) | |
| B & F TOWING COMPANY and ) | |
| OWNERS, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January, 2006, two copies of this Notice of Service and two copies of Defendant's First Request For Production of Documents and Defendant's First Set of Interrogatories Directed to Plaintiff were caused to be served via first class mail on the following:

John S. Shipley
609 Wildel Ave.
New Castle, DE 19720

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Laurence V. Cronin

Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com
Attorneys for Defendant B & F Towing Co.

Date:   January 30, 2006

10010713.WPD