IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY, :
:
     Plaintiff, :
:
v. : Civil Action No. 04-1530-JJF
:
B & F TOWING CO. & OWNERS, :
:
     Defendants. :

### ORDER

WHEREAS, Plaintiff filed a Motion Request For Detailed Information On Or Pertaining To Parties With Discoverable Information (D.I. 16);

WHEREAS, Defendants treated Plaintiff's Motion as a request for discovery pursuant to Federal Rules of Civil Procedure 33 and 34 (D.I. 17);

WHEREAS, Defendants filed a Notice of Service (D.I. 18), stating that they responded to Plaintiff's request;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion Request For Detailed Information On Or Pertaining To Parties With Discoverable Information (D.I. 16) is **DENIED AS MOOT**.

March __8__, 2006

_____
UNITED STATES DISTRICT JUDGE