# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY             :

         Plaintiffs,         :      C.A. No 04-1530 JJF

                        :

         Vs.                 :

                        :

B & F TOWING COMPANY        :

OWNERS,                    :

                        :

*2006 APR 10 PH 3: 26*

## PLAINTIFF'S MOTION FOR TIME TO LEAVE
## TO AMMEND THE COMPLAINT

1. After reviewing the defendants' initial disclosure, the New Castle County and other defendants of the county and should also be defendants in the lawsuit.

2. The only way that John S. Shipley can get peace from these wrongdoing practices is for the Federal Court to straighten out these unconstitutional practices which are causing John S Shipley harm. I beg the court to end this mass of conspiracy and let John S. Shipley live as a free man on his own property. *see Exbits 1·2 also for defendants first set of interrogatories.*

Where now, John S. Shipley, is down on his hands and knees begging the court to enter an order to give John S. Shipley time to amend.

Sincerely,

*[signature]*

John S. Shipley

609 Wildel Ave

New Castle, DE 19720

Date: March 20, 2006

**Witness Affidavit**

**John S. Shipley**

**Vs**

**B&F Towing CO.**
**To Wit:**

I, _John Shipley_ , of _6 0 1 Wildel Ave New Castle DEL 1972_
   (Print full name – no initials)                   (City or Municipality )
in the State of Delaware, make oath and say:

1. That I am the sole owner of the vehicle and the owner of the property.

2. That my vehicle was horizontal to the street in the driveway parallel to the garage up on my property.

3. That there was a postmark on the Lincoln Continental stating that it was an abandoned van and it was not. I then placed the note in the car window stating that it was not abandoned and that I was not driving the car at that time because I was on medication amongst other reasons involving a conspiracy against me.

_[signature]_

Signature of Witness

C. Richard Ullman
1412 N. Dupont Hwy.
New Castle, DE 19720
Notary Exp. 18 May 2007

**Witness Affidavit**

**John S. Shipley**

**Vs**

**B&F Towing CO.**
**To Wit:**

I, _Danyell Bishop_ , of _Boothwyn_ ,
(Print full name – no initials)                              (City or Municipality )
in the State of Delaware, make oath and say:

1. That I personally observed and did see that John S. Shipley's automobile was not
   abandoned ; and had been parked there for several years.

2. That I have immediate knowledge that John S Shipley is the sole owner and sole driver of
   the vehicle. I have seen the title to the vehicle and the deed to the property.

3. That I also witnessed that just prior to the vehicle being towed; it was parked horizontal
   to the street in the driveway and parallel to the two garage doors on John S. Shipley's
   property and;

_Danyell Bishop_
Signature of Witness

_Theo C. Bruck_

Commonwealth of Pennsylvania
NOTARIAL SEAL
THEODORE C. BRUCK, Notary Public
Upper Chichester Twp., County of Delaware
My Commission Expires March 19, 2010

_March 24, 2006_

# Certificate of Service

I, John S Shipley, certify that a copy **PLAINTIFF'S MOTION FOR TIME TO LEAVE TO AMMEND THE COMPLAINT** was caused by hand delivery on the [th] day of APRIL 2006, to the following:

> Lawrence V. Cronin ( ID No. 2385)
> 800 Delaware Avenue, 7th Floor
> P.O. Box 410
> Wilmington, DE 19899 (Courier 19801)/
> Telephone: 302-652-8400
> Telecopy:  302-652-8405
> Email: LVC@skfdelaware.com

Attorney for Defendant B & F Towing Co.

Date: 4 10 /2006

John S Shipley
609 Wildel Ave
Minquadale
New Castle, DE 19720