## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No 04-1530 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B & F TOWING COMPANY and OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT B&F TOWING COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), defendant B & F Towing Company hereby moves for summary judgment. The basis for defendant's motion is set forth in its opening brief filed herewith.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Etta R. Wolfe
Laurence V. Cronin (ID#2385)
Etta R. Wolfe (ID#4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Defendant B & F Towing Company

Dated: April 17, 2006

10013367.WPD