## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No 04-1530 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B & F TOWING COMPANY and OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the arguments set forth in the Motion for Summary Judgment and any responses thereto, it is hereby that ordered, adjudged and decreed that:

1. the motion is GRANTED.

_____
                                                                                                    J.

Date: _____

10013369.WPD