## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing Defendant's Opening Brief in Support of its Motion for Summary Judgment were caused to be served via first class mail on the following:

> John S. Shipley
> 609 Wildel Ave.
> New Castle, DE 19720

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

10013365.WPD