IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | C.A. No 04-1530 JJF |
| ) | |
| v. ) | |
| ) | |
| B & F TOWING COMPANY and ) | |
| OWNERS, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF ETTA R. WOLFE**

STATE OF DELAWARE )
) ss.
COUNTY OF NEW CASTLE )

Etta R. Wolfe, being duly sworn, states:

1. I am a member of the Delaware Bar and counsel for defendant in the captioned action.

2. Attached as Exhibit A is a true and correct copy of the October 22, 2004 New Castle County IUVPP Case Report prepared by New Castle County Code Enforcement Inspector V. Orndorff ("Orndorff") (Case No. 200408123) (BF-00021 through BF-00023).

3. Attached as Exhibit B is a true and correct copy of the October 15, 2004 Inspection Advice and photographs taken at the property located at 609 Wildel Avenue, New Castle, Delaware (the "Shipley property") on October 15, 2004 (Case No. 200401823) (BF-00025, BF-00027).

4. Attached as Exhibit C is a true and correct copy of the New Castle County Office of Code Enforcement Notice of Violation posted on October 15, 2004 (the "Notice")

and a photograph of the posted Notice taken on October 15, 2004 by Orndorff(Case No. 200401823) (BF-00026).

    5.    Attached as Exhibit D is a true and correct copy of the October 22, 2004 Inspection Advice and photographs taken at the Shipley property on October 22, 2004. (BF-00028, BF-00031, BF-00032).

    6.    Attached as Exhibit E is a true and correct copy of the Disposition Record in *State of Delaware v. John S. Shipley*, Justice of the Peace Court 11, Case No. 0410019608.

_____
Etta R. Wolfe (ID No. 4164)

SWORN TO AND SUBSCRIBED before me this 17th day of April, 2006.

_____
Notary Public

MARYANNE M. PAYNE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 29, 2008