**Wolfe Affidavit**                                   **Exhibit A**

**NEW CASTLE COUNTY**
87 Reads Way
New Castle, DE 19720
(302)395-5555 Fax (302)395-5545

**IUVPP Case**

| Report Date | 10/22/2004 03:30 PM | Submitted By | V ORNDORFF | Page 1 |

**Case #** 200408123

## Case Information

### Stages

| | Date / Time | By |
|---|---|---|
| Processed | 10/07/2004 15:11 | 5875 |
| Resolved | | |
| Expires | | |

### Associated Information

| | |
|---|---|
| Case Group | |
| Priority | |
| Resolution Code | |
| Source | |
| Name | |

☒ Auto Reviews

### Applications Affected

| ☐ Building Application | ☐ Project Application | ☐ Use Application | ☐ License Application | ☐ Case |

**Description of Case**
There are several IUVP's in front of the garage: Blue Lincoln, Plymouth van and a Chevy pick-up truck with expired tags and full of tree limbS

**Project #**
**Size/Area**

**Project/Phase Name**
**Size Description**

**Phase #**

## Customer Service

| Service # | Problem | Resolution Code | Resolved Date |
|---|---|---|---|
| 200455629 | 1IUVP | CASE | 10/07/2004 |

## Property Site Information

**Address**     609 WILDEL AV
                NEW CASTLE DE 19720-

**Location**

## Owner / Tenant

**Contact ID** AC128481
**Mailing Address** 609 WILDEL AV
**City**     NEW CASTLE
**ZIP/PC**   19720
**Day Phone**
**Fax**

**Name**     SHIPLEY JOHN S & ROCHELLE

**Organization**
**State/Province** DE
**Country**
**Evening Phone**
**Mobile #**

☐ Foreign

## Linked Addresses

No Addresses are linked to this Application

## AP Linked Addresses

## Linked Parcels

1001030052

## AP Linked Parcels

No Parcels are linked to this Application

| Item Description | Item Status |
|---|---|
| Check Fees | Fees Successful |
| Check Inspections | Inspections Failed |

BF-00021

NEW CASTLE COUNTY
87 Reads Way
New Castle, DE 19720
(302)395-5555 Fax (302)395-5545

Case 1:04-cv-01530-JJF    Document 26-2    Filed 04/17/2006    Page 3 of 21

**IUVPP Case**

| Report Date | 10/22/2004 03:30 PM | Submitted By | V ORNDORFF | | Page 2 |

## Item Description / Item Status

| Item Description | Item Status |
|---|---|
| 519638 CE INSPECT #1 CODE ENFORCEMENT INSPECTION | Failed |
| 521729 CE INSPECT #2 CODE ENFORCEMENT INSPECTION | Failed |
| 523516 CE INSPECT #3 CODE ENFORCEMENT INSPECTION | No Action |
| Check Reviews | Reviews Successful |
| Check Conditions | Conditions Successful |
| Check Alert Conditions | Alert Conditions Successful |
| Check Licenses | Not Checked |
| Check Children Status | Children Successful |
| Check Open Cases | 1 |
| Case # 200301665 | |

## Inspections

**Inspection #** 519638   **Inspection Type** CE INSPECT  **#**  1  **Assigned To** 5314         Call
**Inspected By** 5134      **Order/Group**   0   **Scheduled** 10/15/2004 15:13   **Preference**
**Comments**
Unregistered and/or inoperable Maroon Plymouth Van and Blue Lincoln Continental pakred in the driveway.  Grass and weeds 3 to 4 feet high around the garage.
Tree debris stored in front of the garage.  Directive: Within (7) days properly register or remove any/all unregistered and/or inoperable vehicles inclusing but not
limited to the above mentioned vehicles.  Within (7) days cut all high weeds and grass and maintain same at a height of 8 inches or less at all times.  Within (7) days
remove any/all openly stored items that are considered to be debris including the above mentioned tree debris.

**Inspection Details**

No Inspection Details

**Inspection #**   521729  **Inspection Type** CE INSPECT  **#**   2  **Assigned To** 5314         Call
**Inspected By** 5314      **Order/Group**   0   **Scheduled** 10/22/2004 00:00   **Preference**
**Comments**
NO CHANGE, VEHICLES TAGED TO BE TOWED AND COURT CHARGES WILL BE FILED ON THE PO.  2 DIG PHOTOS TAKEN.

**Inspection Details**

No Inspection Details

**Inspection #**   523516  **Inspection Type** CE INSPECT  **#**   3  **Assigned To** 5314         Call
**Inspected By**          **Order/Group**   0   **Scheduled** 11/01/2004 15:29   **Preference**
**Comments**

**Inspection Details**

No Inspection Details

## Review Activities

| Comp By | Act Type | Status | Waived | Issued | Started | Completed |
|---|---|---|---|---|---|---|

There are no Review Activities for this Report

## Activity Review Details

No Activity Review Details

## Check Conditions

| Condition | Approval | Approved By | Approved Date | Applied By | Applied Date | Assigned |
|---|---|---|---|---|---|---|
| Status/User Required | | Comments | | | | |

No Conditions

## Employee

| Employee ID | Last | First | MI | Comments |
|---|---|---|---|---|
| 5314 | ORNDORFF | VERNE | D | |

**NEW CASTLE COUNTY**
87 Reads Way
New Castle, DE 19720
(302)395-5555 Fax (302)395-5545

**IUVPP Case**

| Report Date | 10/22/2004 03:31 PM | Submitted By | V ORNDORFF | Page 3 |

| Employee Employee ID | Last | First | MI | Comments |

| Log Action Comments | Description | Entered By | Start | Stop |
| --- | --- | --- | --- | --- |
| 75 | COURT CHARGES FILED | 5314 | 10/22/2004 11:05 | 10/22/2004 11:10 |

NO CHANGE, VEHICLES TAGED TO BE TOWED AFTER 102404 2 DIG PHOTOS TAKEN AND CHARGES TO BE FILED FOR (2) IUVPS, JAD AND HGW.

| 60 | REINSPECTED | 5314 | 10/22/2004 11:00 | 10/22/2004 11:10 |

NO CHANGE, VEHICLES TAGED TO BE TOWED AFTER 102404 2 DIG PHOTOS TAKEN AND CHARGES TO BE FILED FOR (2) IUVPS, JAD AND HGW.

| 50 | POSTED | 5875 | 10/15/2004 11:01 | |

(3) dig. photos

| 10 | FIRST INSPECTION | 5875 | 10/15/2004 11:00 | |
| 10-LTR | COURTESY LETTER SENT | | 10/07/2004 15:13 | |

FIRST INSPECTION LETTER SENT

BF-00023

**Wolfe Affidavit**                                    **Exhibit B**

## INSPECTION ADVICE

**DATE:** 10/15/04
**GRID:** 10403480
**CASE NUMBER:** 200408123
**PARCEL:** 1001030052
**ADDRESS:** 609 WILDEL AV
**LOCATION:**
**SUBDIVISION:** MINQUADALE
**OWNER:** SHIPLEY JOHN S & ROCHELLE
609 WILDEL AV

**INSPECTOR:** VERNE D. ORNDORFF
Call taken by: KIMBERLY CONNER
**IUVPP    INOPER UNREG VEH. PRIVATE PROP**
**LOT:**

**Phone:**

NEW CASTLE DE 19720

**DESCRIPTION:** There are several IUVP's in front of the garage: Blue Lincoln, Plymouth van and a Chevy pick-up truck with expired tags and full of tree limbs

**Caller(s)**

THOMPSON DONNA

## INSPECTION INFORMATION/FEEDBACK:

| NUMBER | TYPE | SCHEDULED | DESCRIPTION |
|--------|------|-----------|-------------|
| 519638 | CE INSPECT | 10/15/2004 | |

**DATE:**    ☐ PASSED    ☐ FAILED    ☐ PARTIAL

**TEXT:** (2) IUVP: Maroon Plymouth Van  2P4FH416DFR182444
Blue Lincoln Continental 1LNLM9845LY638D33

## INSPECTIONS HISTORY:

| Cases associated to this parcel | | Case Date | Resolution Date/Code | |
|---|---|---|---|---|
| 200408123 | IUVPP | 10/07/2004 | | |
| 200404405 | IUVPP | 06/10/2004 | 06/10/2004 | DUPE |
| 200402590 | POG | 04/30/2004 | 06/10/2004 | VOL |
| 200301666 | HWE | 04/25/2003 | 04/25/2003 | DUPE |
| 200301665 | TAR | 04/25/2003 | | |
| 200201057 | POG | 03/05/2002 | 12/13/2002 | INVOL |
| 200101582 | POG | 04/06/2001 | 09/10/2001 | |
| 200100934 | POG | 03/15/2001 | 04/04/2001 | |
| 200005924 | IUVPP | 09/18/2000 | 03/27/2001 | |
| 200004404 | IUVPP | 07/11/2000 | 07/17/2000 | |

JAB  Treebranches in Driveway

H&W  3-4 feet in front of Garage

(2) Dig Photos Posted

BF-00025



10/15/2004



10/15/2004

BF-00027

**Wolfe Affidavit**                    **Exhibit C**

THOMAS P. GORDON
COUNTY EXECUTIVE



SHERRY L. FREEBERY
CHIEF ADMINISTRATIVE OFFICER

OFFICE OF CODE ENFORCEMENT
## NOTICE OF VIOLATION

Tax Parcel No: _1001030052_   Complaint No: _200408123_   Date and Time: _10-15-04 1100_
Violation Location: _609 Wilder Ave.   Minquadale  New Castle De_
     **Number**   **Street**      **Subdivision**

Property Owner(s): _John & Rochelle Shipley_   _SAME_

### THIS PROPERTY IS IN VIOLATION OF THE FOLLOWING NEW CASTLE COUNTY CODE SECTION(S):

(X) **6.06.004(A)** *INOPERABLE AND UNREGISTERED MOTOR VEHICLES*

**DIRECTIVE:** Within seven (7) days properly register or remove any/all unregistered and/or inoperable vehicles. Maintain property free from any unregistered/inoperable vehicles. i.e. _Maroon Plymouth Van and_ _Blue Lincoln Continental Parked in Driveway_

(X) **6.06.004(B)** *PROHIBITED GROWTHS OF WEEDS & GRASS / DEVELOPED PARCELS*

**DIRECTIVE:** Grass and weeds on this property have been permitted to grow in excess of eight (8) inches. Within five (5) days cut all high weeds and grass and maintain the same at a height of eight (8) inches or less at all times. _Around the Garage 3-4 feet high_

( ) **6.06.005(C)** *PARKING ON LAWNS*

**DIRECTIVE:** Within seven (7) days cease parking any/all vehicles or off-highway vehicle(s) on the lawn or yard of this premises. All vehicles must be placed on a surface that has been hardened and treated to accommodate vehicles. i.e. _____

( ) **6.06.005(D)** *OUTSIDE STORAGE OF HOUSEHOLD ITEMS*

**DIRECTIVE:** Within seven (7) days remove any/all openly stored household items, i.e. appliances, furniture, and similar items that are designed to be used in an enclosed building. i.e. _____

(X) **6.06.005(E)** *OUTSIDE STORAGE OF DEBRIS*

**DIRECTIVE:** Within seven (7) days remove any/all openly stored items that are considered to be debris, i.e. garbage, trash, rubble, broken concrete, and similar items. i.e. _Tree Debris stored in front of the_ _Garage._

( ) **04.02.003(A)** *DOG OR CAT EXCREMENT*

**DIRECTIVE:** Within 24 hours remove any and all dog/cat feces from this premises and dispose of same in a sanitary manner. The premises is to be maintained free from accumulation of dog or cat feces. Daily removal of feces is recommended to prevent future violations.

( ) **CODE SECTION(S)**

**DIRECTIVE:** Within _____

( ) **CODE SECTION(S)**

**DIRECTIVE:** Within _____

( ) **SEE CONTINUATION SHEET FOR ADDITIONAL VIOLATIONS/DIRECTIVES**

Notice of violation is herein served on the above listed. Failure to comply with the above directive(s) within the designated time frame(s) may result in the commencement of legal action for the purpose of seeking the penalties established in the appropriate Code. **NOTE: IN ACCORDANCE WITH SECTION 6.06.021(D) OF THE NEW CASTLE COUNTY CODE, AN ADMINISTRATIVE FEE IN THE AMOUNT OF $500 MAY BE ASSESSED TO THOSE WHO ARE REPEATEDLY ORDERED TO ABATE VIOLATIONS.** Additionally, please be advised that any future violations may result in the immediate filing of court charges.

_Off V.S. Amdorf_ _395-5031_   _Posting_
**Code Enforcement Officer (Please Print)** **Phone**  **Signature of Property Owner/Responsible Party**

**PLEASE IMMEDIATELY CONTACT THE ABOVE NAMED CODE ENFORCEMENT OFFICER IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE.**

87 Reads Way, New Castle, DE 19720

Phone: 302-395-5555   Fax: 302-395-5545

*White – Original*      *Yellow – Officer's Copy*      *Card Stock – Responsible Party*
Revised 09/18/01 MLW



10/15/2004

**Wolfe Affidavit**                                    **Exhibit D**

## NEW CASTLE COUNTY CODE ENFORCEMENT
## INSPECTION ADVICE

**DATE:**         10/22/04
**GRID:**         10403480
**CASE NUMBER:**     200408123
**PARCEL:**       1001030052
**ADDRESS:**      609 WILDEL AV
**LOCATION:**
**SUBDIVISION:**    MINQUADALE

**OWNER:**       SHIPLEY JOHN S & ROCHELLE
            609 WILDEL AV

            NEW CASTLE DE 19720

**INSPECTOR:**   VERNE D. ORNDORFF
Call taken by:    KIMBERLY CONNER
**IUVPP**     INOPER UNREG VEH. PRIVATE PROP
**LOT:**

Phone:

**DESCRIPTION:**   There are several IUVP's in front of the garage: Blue Lincoln, Plymouth van and a Chevy pick-up truck with expired tags and full
**Caller(s)**        of tree limbs

| THOMPSON DONNA |
|---|

## INSPECTION INFORMATION/FEEDBACK:

| NUMBER | TYPE | SCHEDULED | DESCRIPTION |
|---|---|---|---|
| 521729  RI | CE INSPECT | 10/22/2004 | |

**DATE:** 10-22-04  1100    ☐ **PASSED**    ☐ **FAILED**    ☐ **PARTIAL**

**TEXT:** No Chrge (2) Dig Photos. Vehicles Taged to be towed after 10-24-04  File Charges.

## INSPECTIONS HISTORY:

| INSP NUM | TYPE | DESCRIPTION | DATE | STATUS | WAIVED | INSP |
|---|---|---|---|---|---|---|
| 519638 | CE INSPECT | CODE ENFORCEMENT INSPECTION | 10/15/2004 | FAILED | N | 5134 |
| A/P  200408123 | | INOPER UNREG VEH. PRIVATE PROP | | | | |

**SCHEDULING INFO:**

**TEXT:** Unregistered and/or inoperable Maroon Plymouth Van and Blue Lincoln Continental pakred in the driveway. Grass and weeds 3 to 4 feet high around the garage. Tree debris stored in front of the garage. Directive: Within (7) days properly register or remove any/all unregistered and/or inoperable vehicles inclusing but not limited to the above mentioned vehicles. Within (7) days cut all high weeds and grass and maintain same at a height of 8 inches or less at all times. Within (7) days remove any/all openly stored items that are considered to be debris including the above mentioned tree debris.

| Cases associated to this parcel | | Case Date | Resolution Date/Code | |
|---|---|---|---|---|
| 200408123 | IUVPP | 10/07/2004 | | |
| 200404405 | IUVPP | 06/10/2004 | 06/10/2004 | DUPE |
| 200402590 | POG | 04/30/2004 | 06/10/2004 | VOL |
| 200301666 | HWE | 04/25/2003 | 04/25/2003 | DUPE |
| 200301665 | TAR | 04/25/2003 | | |
| 200201057 | POG | 03/05/2002 | 12/13/2002 | INVOL |
| 200101582 | POG | 04/06/2001 | 09/10/2001 | |



10/22/2004



10/22/2004

BF-00028



BF-00031



BF-00032

**Wolfe Affidavit**                                                                                    **Exhibit E**

State of Delaware
Justice of the Peace Court 11
61 CHRISTIANA ROAD
New Castle, DE 197200000
(302) 323-4450

DISPOSITION RECORD

STATE OF DELAWARE                                          :

vs                                                        :
                                                          :
JOHN S SHIPLEY                                            :
                                                          :
Court Case #: 0410019608                                  :
                                                          :
Summons # WI10002904                                      :
                                                          :
Complaint # I104004944                                    :
                                                          :
Date of Arrest: 11/05/2004                                :
                                                          :
Chapter    Section 0606                                   :
Code of the State of Delaware                             :
                                                          :
Offense: UNREG VEHICLE                                    :
                                                          :
Court: Justice of the Peace Court 11                      :
Plea: NOT GUILTY                                          :
Date of Plea: 11/05/2004                                  :
                                                          :
Finding: FOUND GUILTY ORIGINAL CHARGE                     :
Date of Finding: 02/14/2006                               :
VCF : $36.00                                              :
VRF : $0.00                                               :
PD  : $0.00                                               :
FINE: $200.00                                             :
COST: $35.00                                              :
RESTITUTION: $0.00                                        :
SUBSTANCE ABUSE: $0.00                                    :
VIDEOPHONE:  $1.00                                        :

I, LAURENCE L FITCHETT J, Justice of the Peace of the State of
Delaware, do hereby certify that the above and foregoing is a true
and correct copy of the judgment rendered in the above-captioned
case, as is of record in the Justice of the Peace Court automated
criminal case management system.

        IN TESTIMONY WHEREOF, I hereunto set my
        hand and affix the seal of the said
        court this 19 day of February, 2006.

        LAURENCE L FITCHETT J


Justice of the Peace

C1

State of Delaware
Justice of the Peace Court 11
61 CHRISTIANA ROAD
New Castle, DE 197200000
(302) 323-4450

DISPOSITION RECORD

STATE OF DELAWARE

vs

JOHN S SHIPLEY

Court Case #: 0410019608

Summons # WI10002904

Complaint # I104004944

Date of Arrest: 11/05/2004

Chapter    Section 0606
Code of the State of Delaware

Offense: WEEDS AND GRASS

Court: Justice of the Peace Court 11
Plea: NOT GUILTY
Date of Plea: 11/05/2004

Finding: FOUND GUILTY ORIGINAL CHARGE
Date of Finding: 02/14/2006
VCF : $36.00
VRF : $0.00
PD  : $0.00
FINE: $100.00
COST: $35.00
RESTITUTION: $0.00
SUBSTANCE ABUSE: $0.00
VIDEOPHONE: $1.00

I, LAURENCE L FITCHETT J, Justice of the Peace of the State of Delaware, do hereby certify that the above and foregoing is a true and correct copy of the judgment rendered in the above-captioned case, as is of record in the Justice of the Peace Court automated criminal case management system.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the said court this 19 day of February 2006

LAURENCE L FITCHETT J

_____
Justice of the Peace

State of Delaware
Justice of the Peace Court 11
61 CHRISTIANA ROAD
New Castle, DE 197200000
(302) 323-4450

DISPOSITION RECORD

STATE OF DELAWARE                                    :

vs                                                  :

JOHN S SHIPLEY                                      :

Court Case #: 0410019608                            :

Summons # WI10002904                               :

Complaint # I104004944                             :

Date of Arrest: 11/05/2004                         :

Chapter    Section 0606                             :
Code of the State of Delaware                       :

Offense: UNREG VEHICLE                             :

Court: Justice of the Peace Court 11                :
Plea: NOT GUILTY                                    :
Date of Plea: 11/05/2004                            :

Finding: FOUND GUILTY ORIGINAL CHARGE              :
Date of Finding: 02/14/2006                         :
VCF : $36.00                                        :
VRF : $0.00                                         :
PD  : $0.00                                         :
FINE: $200.00                                       :
COST: $35.00                                        :
RESTITUTION: $0.00                                  :
SUBSTANCE ABUSE: $0.00                              :
VIDEOPHONE:  $1.00                                  :

I, LAURENCE L FITCHETT J, Justice of the Peace of the  State of
Delaware,  do hereby certify that the above and foregoing is a true
and  correct  copy of the judgment rendered in the above-captioned
case,  as is of record in the Justice of the Peace Court automated
criminal case management system.

          IN  TESTIMONY WHEREOF,  I hereunto set my
          hand  and  affix  the seal of the  said
          court this 19 day of February, 2006

          LAURENCE L FITCHETT J

_____
Justice of the Peace

C3

State of Delaware
Justice of the Peace Court 11
61 CHRISTIANA ROAD
New Castle, DE 197200000
(302) 323-4450

DISPOSITION RECORD

STATE OF DELAWARE

vs

JOHN S SHIPLEY

Court Case #: 0410019608

Summons # WI10002904

Complaint # I104004944

Date of Arrest: 11/05/2004

Chapter    Section 0606
Code of the State of Delaware

Offense: OUTSIDE STORAGE

Court: Justice of the Peace Court 11
Plea: NOT GUILTY
Date of Plea: 11/05/2004

Finding: FOUND GUILTY ORIGINAL CHARGE
Date of Finding: 02/14/2006
VCF : $36.00
VRF : $0.00
PD  : $0.00
FINE: $200.00
COST: $35.00
RESTITUTION: $0.00
SUBSTANCE ABUSE: $0.00
VIDEOPHONE:  $1.00

I, LAURENCE L FITCHETT J, Justice of the Peace of the State of
Delaware, do hereby certify that the above and foregoing is a true
and correct copy of the judgment rendered in the above-captioned
case, as is of record in the Justice of the Peace Court automated
criminal case management system.

IN TESTIMONY WHEREOF, I hereunto set my
hand and affix the seal of the said
court this 19 day of February, 2006.

LAURENCE L FITCHETT J



Justice of the Peace

c 4

## Justice of the Peace Court 11

### TIME TO PAY AGREEMENT

Date Prepared: February 14, 2006
Sentence Date: 02/14/2006

Case Number: 0410019608
Summons No : WI10002904

Defendant's Name: JOHN S SHIPLEY
Address:  609 WILDEL AVE
          Minquadale
          NEW CASTLE, DE 19720

SSN: 179526027
DOB: 03/04/1958
Lic.No: DE 0878871

Employer: JOHNS AUTO SERV  PA
Address:

Home Phone: 6108727338
Work Phone: 2158765317
Judge : T. ROGER BARTON

|                            | Current   | Original  |
|----------------------------|-----------|-----------|
| Fine Amount:               | $700.00   | $700.00   |
| Court Costs:               | $140.00   | $140.00   |
| Victims Comp. Assessment:  | $144.00   | $144.00   |
| Videophone Fee:            | $4.00     | $4.00     |
| Total Amount Due:          | $988.00   | $988.00   |

Terms of Payment Agreement:

**To be paid in monthly installments of $10.00 beginning March 03, 2006 until paid in full.**

I (JOHN S SHIPLEY) understand that the Court has ordered that the above fines and costs must be paid in full compliance with the above terms. I further agree that if I am unable to comply with the above stated terms that I will voluntarily return to the Court on or before the due date and request to be placed on work referral to work off the balance due.

I understand that if I fail to comply with this agreement that a capias will be issued for my arrest and that I may be charged with Contempt of Court and subjected to a prison sentence.

APPROVED THIS 14 DAY OF February 2006 A.D.

_____        _____
Signed                             Justice of the Peace

NOTICE: If the fine is for a traffic violation, upon failure to pay the Division of Motor Vehicles will be notified and the defendant's license to drive will be suspended pursuant to 21 Del. Code § 2731-2732.

NOTICE: Victim's Compensation Assessment:  Pursuant to 11 Del. Code § 9901 AND § 9012 an assessment of 18% is to be levied on all fines imposed by the Courts.

NOTICE: You must notify the Court of any Change of address within one (1) week of that change.

You may make your payments by bringing them to the Court or you may mail your payment along with a copy of this agreement to:

                TIME TO PAY
                Justice of the Peace Court 11
                61 CHRISTIANA ROAD
                New Castle, DE 197200000
Phone: (302) 323-4450

**PLEASE MAKE ALL CHECKS AND MONEY ORDERS PAYABLE TO 'THE STATE OF DELAWARE'.**

C S