**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April 2006, two copies of the foregoing Affidavit of Etta R. Wolfe were caused to be served via first class mail on the following:

> John S. Shipley
> 609 Wildel Ave.
> New Castle, DE 19720

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

10013364.WPD