## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April 2006, two copies of the foregoing Defendant B&F Towing Company's Brief in Opposition to Plaintiff's Motion for Time to Leave to Amend the Complaint were caused to be served via first class mail on the following:

>John S. Shipley
>609 Wildel Ave.
>New Castle, DE 19720

>/s/ Etta R. Wolfe
>Etta R. Wolfe (ID No. 4164)

10013621.WPD