IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1530-JJF |
| | : | |
| B&F TOWING COMPANY & OWNERS, | : | |
| | : | |
| Defendants. | : | |

### ORDER

WHEREAS, Defendant B&F Towing Company filed a Motion For Summary Judgment (D.I. 24) on April 17, 2006;

WHEREAS, the answering brief was due on May 1, 2006;

WHEREAS, Plaintiff has not filed an answering brief;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff shall filed his answering brief no later than **May 26, 2006.**

2. If Plaintiff fails to file his answering brief within this time, the Court will decide the Motion on the papers before it.

May 15, 2006

_____
UNITED STATES DISTRICT JUDGE