## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2006, two copies of the foregoing Defendant's Reply Brief in Support of its Motion for Summary Judgment were caused to be served via first class mail on the following:

>John S. Shipley
>609 Wildel Ave.
>New Castle, DE 19720

>/s/ Etta R. Wolfe
>Etta R. Wolfe (ID No. 4164)

10014748.WPD