IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,                :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 04-1530-JJF
                                :
B&F TOWING COMPANY and          :
OWNERS,                         :
                                :
        Defendants.             :

## ORDER

At Wilmington, the 13 day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant B&F Towing Company's Motion For Summary Judgment (D.I. 24) is **GRANTED**.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

11