IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,                :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 04-1530-JJF
                                :
B&F TOWING COMPANY and          :
OWNERS,                         :
                                :
        Defendants.             :

## JUDGMENT ORDER

For the reasons stated in the Court's Memorandum Opinion and Order issued on June 13, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants B&F Towing Company and Owners and against Plaintiff John S. Shipley on all of Plaintiff's claims.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2006

_____
(By) Deputy Clerk