ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, | ) |
| | ) |
| Defendants | ) |

## MOTION TO RECONSIDER THE ORDER DATED JUNE 13, 2006

1. The background facts are misleading as to the truth of the matter.
2. The plaintiff, John S. Shipley, asks that the court grant an extension of time to obtain legal counsel in order to respond to the defendants' REPLY brief.
3. John S. Shipley's vehicle was parked on his private property when posted as abandoned and seized from his private property. No one had the right to seize my private property. The leaves and branches were cleaned up at the time of seizure. There was no health hazard at anytime to anyone.

                                                                                    John S. Shipley, **pro se**
                                                                                    609 Wildel Ave.
                                                                                    New Castle, DE 19720

Date: June 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, | ) |
| | ) |
| Defendants | ) |

## ORDER

And now, this _____ day of _____, 2006 upon consideration of **MOTION TO RECONSIDER THE ORDER DATED JUNE 13, 2006**. It is hereby ordered that the Plaintiff's **MOTION TO RECONSIDER THE ORDER DATED JUNE 13, 2006** be granted.

_____
J.

# CERTIFICATE OF SERVICE

I, JOHN S. SHIPLEY, hereby certify that on June 27, 2006, I caused two copies of the foregoing **MOTION TO RECONSIDER THE ORDER DATED JUNE 13, 2006** by hand delivery on the party at the following address:

Smith Katzenstein Furlow LLP
Attorneys At Law
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: June 27, 2006