## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July 2006, two copies of the foregoing Defendant's Brief in Opposition to Plaintiff's Motion to Reconsider the Order Dated June 13, 2006 were caused to be served via first class mail on the following:

> John S. Shipley
> 609 Wildel Ave.
> New Castle, DE 19720

*[signature]*
Etta R. Wolfe (ID No. 4164)