# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN S. SHIPLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No 04-1530 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B & F TOWING COMPANY and OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT B&F TOWING COMPANY'S**
**MOTION TO DISMISS JOHN S. SHIPLEY'S AMENDED COMPLAINT**

Upon consideration of the Defendant, B&F Towing Company's, Motion to Dismiss John S. Shipley's Amended Complaint (the "Motion to Dismiss"), the Court having considered all responses thereto, if any, the Court finding good cause exists therefor, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion to Dismiss is granted.

2. B&F Towing Company ("B&F") is dismissed as a party to this action with prejudice.

3. Plaintiff shall reimburse B&F for its attorneys' fees and costs in filing the Motion.

Dated:_____     _____
                                  United States District Court Judge