**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August 2006, two copies of the foregoing Defendant B&F Towing Company's Motion to Dismiss John S. Shipley's Amended Complaint were caused to be served via first class mail on the following:

>John S. Shipley
>609 Wildel Ave.
>New Castle, DE 19720

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

10016204.WPD