IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN S. SHIPLEY,                         :
                                         :
        Plaintiff,                       :
                                         :
    v.                                   :   Civil Action No. 04-1530-JJF
                                         :
B&F TOWING COMPANY and                   :
OWNERS, 448 Airport Rd., New             :
Castle, DE 19720; VERNE                  :
ORNDOFF; NEW CASTLE COUNTY,              :
DEPARTMENT OF LAND USE,                  :
OFFICE OF CODE ENFORCEMENT,              :
87 Reads Way, Corporate                  :
Commons, New Castle, DE 19720;:
STATE OF DELAWARE, JUSTICE OF            :
THE PEACE COURT 11,                      :
61 Christiana Road,                      :
New Castle, DE 19720;                    :
                                         :
        Defendants.                      :

**O R D E R**

    WHEREAS, Defendant B&F Towing Company filed a Motion To Dismiss John S. Shipley's Amended Complaint (D.I. 40) requesting the Court to (1) dismiss B&F Towing ("B&F") from this action consistent with the Court's previous decision granting summary judgment in favor of B&F, and (2) require Plaintiff to pay attorneys' fees and costs incurred by B&F in connection with filing the Motion;

    WHEREAS, Plaintiff has failed to file a response to the Motion;

    WHEREAS, the Court has previously granted summary judgment in favor of B&F (D.I. 31, 32), entered final judgment in favor of B&F and against Plaintiff on all of Plaintiff's claims (D.I. 33),

and denied Plaintiff's request for reconsideration of the Court's orders (D.I. 37);

WHEREAS, the Court allowed Plaintiff to amend his Complaint finding that an amendment to the Complaint would not prejudice B&F (D.I. 36 at 2), because the Court already granted summary judgment as to B&F;

WHEREAS, the Amended Complaint has not altered the Court's previous conclusions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant B&F Towing Company's Motion To Dismiss John S. Shipley's Amended Complaint (D.I. 40) is **GRANTED** to the extent that dismissal of B&F Towing Company is sought, and **DENIED** to the extent that attorneys' fees and costs are sought in connection with the Motion.

2. The Amended Complaint is **DISMISSED** with prejudice as to Defendant B&F Towing Company.

October 30, 2006
DATE

UNITED STATES DISTRICT JUDGE