IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, | ) |
| | ) |
| Defendants | ) |

### MOTION TO RECONSIDER THE ORDER
### DATED OCTOBER 30, 2006

1. The plaintiff, John S. Shipley has been sick and suffering from memory loss off and on since he was pushed from a moving train on April 21, 2004.

2. After receiving the order dated October 30, 2006, the plaintiff checked his files and his assistant neglected to mail the amended complaint to the defendant. The plaintiff, John s. Shipley sincerely apologizes for signing a certification that it was mailed on that date. The plaintiff, John S. Shipley begs the court to accept his apology. The complaint will be mailed to the defendant as soon as possible.

3. A response to B& F Tpwing Company's motion to be dismissed from the case with prejudice will also filed by the plaintiff, John S. Shipley shortly.

4. The plaintiff begs the court to grant the plaintiff time to allow all defendants to be served. The plaintiff, John S. Shipley, also begs the court to allow the plaintiff, John S. Shipley to file a response to the defendant's motion. It would be improper to dismiss the case without the defendants having received a copy of the complaint.

*John S. Shipley* (signature)

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John S. Shipley, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1530-JJF |
| | ) | |
| B & F TOWING COMPANY and | ) | |
| OWNERS, | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the plaintiff's, **MOTION TO RECONSIDER THE ORDER DATED OCTOBER 30, 2006-11-12** and all responses thereto,

IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld.

_____

JJF

Date: November 13, 2006

## CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on November 13, 2006, that I caused two copies of the foregoing, **MOTION TO RECONSIDER THE ORDER DATED OCTOBER 30, 2006-11-12** to be served by first class U.S. Mail on the party at the following address:

Lead attorney to
Be notified
↓
Etta R. Wolfe
Smith, Katzenstein and Furlow
800 Delaware Ave.
P.O. Box 410
Wilmington, Delaware 19899

Lawrence V. Cronin
Smith, Katzenstein and Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, Delaware 19899

_____
John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: November 13, 2006