CV CASE 04-1530-JJF

DEAR Judge HONORABLE Joseph F Farnan

ON NOV. 20 the county Officers came to MY HOUSE and cut the Lock off my gate And taking Pictures of my cars on my PROPERTY inside my 6 foot Fence would you please HELP ME these people are treating me like A Criminal on my property like I dont have ANY RIGHTS

John Shipley

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV 22 PM 12:46