# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff pro se, | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| B&F TOWING COMPANY and | : | |
| OWNERS, VERNE ORNDORFF, | : | |
| NEW CASTLE COUNTY | : | |
| DEPARTMENT OF LAND USE | : | |
| OFFICE OF CODE ENFORCMENT, | : | |
| STATE OF DELAWARE, JUSTICE | : | |
| OF THE PEACE COURT 11, and | : | |
| JUDGE T. ROGER BARTON, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 14th day of December, 2006, two copies of the foregoing "Defendants Verne Orndorff and New Castle County Department of Land Use Office of Code Enforcement's Memorandum in Support of Its Motion to Dismiss were served via U.S. Mail, postage prepaid, to the party at the following addresses:

To: John Shipley
609 Wildel Avenue
New Castle, DE 19720

/s/ Harshal Purohit_____
Harshal Purohit, No. 4593
Michele D. Allen, No. 4359
Megan K. Sanfrancesco, No. 3801
New Castle County Law Department
87 Read's Way
New Castle, DE 19720
(302) 395-5142
Attorney for Defendants, Verne Orndorff
and New Castle County Department of Land
Use Office of Code Enforcement

Dated: December 14, 2006