## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN S. SHIPLEY,** | : | |
| | : | |
| **Plaintiff pro se,** | : | **Case No. 04-1530-JJF** |
| | : | |
| **v.** | : | |
| | : | |
| **B&F TOWING COMPANY and** | : | |
| **OWNERS, VERNE ORNDORFF,** | : | |
| **NEW CASTLE COUNTY** | : | |
| **DEPARTMENT OF LAND USE** | : | |
| **OFFICE OF CODE ENFORCMENT,** | : | |
| **STATE OF DELAWARE, JUSTICE** | : | |
| **OF THE PEACE COURT 11, and** | : | |
| **JUDGE T. ROGER BARTON,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW, TO WIT,** the foregoing motion having been considered, it is hereby

ORDERED that the Plaintiff's complaint is dismissed, with prejudice.


_____
                                    Judge