IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, VERNE ORNDOFF, | ) |
| NEW CASTLE COUNTY, | ) |
| DEPARTMENT OF LAND USE | ) |
| OFFICE OF CODE ENFORCEMENT, | ) |
| STATE OF DELAWARE, JUSTICE | ) |
| OF THE PEACE COURT 11, and | ) |
| JUDGE T. ROGER BARTON, | ) |
| | ) |
| Defendants, | ) |

**MOTION IN OPPOSITION OF DEFENDANTS'**
**VERNE ORNDOFF AND NEW CASTLE COUNTY**
**AND DEPARTMENT OF LAND USE CODE ENFORCEMENT**
**OFFICE AND NEW CASTLE COURT NO#11 ROGER T. BARTON**
**OF HIS MOTION TO DISMISS**

Plaintiff, John S. Shipley submits this Memorandum in support of his Motion to Dismiss the Memorandum in Support filed by the defendants, Verne Orndoff and the New Castle County Department of Land Use Office of Code Enforcement.

## PRELIMINARY STATEMENT

1. New Castle County code section 6.06.004(A) violates John S. Shipley's constitutional rights.

2. Judge Roger T. Barton violated Shipley's rights by failing to give him a trial by jury which Shipley had a right to under the Seventh Amendment of the Constitution and which was requested by Shipley. Furthermore Shipley's constitutional rights were violated when a conspiracy against him was established.

3. The vehicles had been moved and the grass was cut before the vehicles were removed from Shipley's private property. Yet, Shipley is still being charged with these fines.

## THE ARGUMENT

The complaint must not be dismissed for insufficiency of service process.

I. The complaint was served in a proper manner as per Rule #4 of Federal Civil Procedure.

II. Denied

III. The complaint does state a claim and yet it was denied.

    A. Denied. The plaintiff has established a prima facie case for racial discrimination Pursuant to 42 U.S.C 1981 and 1982. Otherwise persons were deprived under state law when they engaged in a conspiracy with state officials to deprive another of his federal rights. Tower V.A Glover 104 S. Ct. 2820(1984) Dennis v Sparks, 449 U.S 24 (1980).

B. Denied. The defendants complaint should not be dismissed because it is based on facts.

C. 1. The plaintiff's claim Pursuant to 1983 does lack basis and demonstrates how the defendants deprived him of his federally protected rights.

C. 2. Denied

C. 3. Denied

C. 4. Denied

D. Denied. The plaintiff is able to point to the facts demonstrating malicious and lack of probable cause instituting former proceedings as required by law.

E. Denied. Verne Orndoff's actions were not reasonable under these circumstances and therefore he is not entitled to qualified immunity. Officer Orndoff had no right on John S. Shipley's property. John S. Shipley is not a criminal and code section 6.06.004A violates Shipley's constitutional and property rights.

F. 1. On or about 11-14-06 or sometime after 11-14-06. The New Castle County Police officers, New Castle Code enforcers, and Donna Thompson came and cut John S. Shipley's fence open with a court order from court No. 11 with another code enforcement officer demanding that Shipley let them onto his property and if Shipley didn't he would be arrested. Shipley was also made to put his dog inside of the house and threatened to have the S.P.C.A called to take his dog if he didn't comply. And which, Donna Thompson is an old member from the community of Minquadale and they came and took pictures of Shipley's cars which are antiques and advised Shipley that he had so many days to remove them from his private property or they would remove them. When Shipley bought his house in 1978, his garage was listed as a workshop and he has always kept cars in or around his garage which is listed as a workshop therefore he comes under the Grande Law. Shipley was also told that if he did not make

some repairs on his roof (Shipley is sick at the time) that they would pay someone to do so and remove Shipley's cars from his private property. Shipley was also told that if these things were done and Shipley did not pay them Shipley's property would be put up for sheriff's sale. They produced false deeds to some of Shipley's property.

## CONCLUSION

For the aforementioned reasons the plaintiffs has complied within the service and pleading requirements of federal rules of civil procedure. Accordingly, his suit against Officer Verne Orndoff and the Department of Land Use Office of Code Enforcement should not be dismissed.

Respectfully submitted,

*John S. Shipley*

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 1972

Date: January 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, VERNE ORNDOFF | ) |
| NEW CASTLE COUNTY | ) |
| DEPARTMENT OF LAND USE | ) |
| OFFICE OF CODE ENFORCEMENT, | ) |
| STATE OF DELAWARE, JUSTICE | ) |
| OF THE PEACE COURT 11, and | ) |
| JUDGE T. ROGER BARTON, | ) |
| | ) |
| Defendants, | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the plaintiff's, **MOTION IN OPPOSITION OF DEFENDANTS' VERNE ORNDOFF AND NEW CASTLE COUNTY AND DEPARTMENT OF LAND USE CODE ENFORCEMENT OFFICE AND NEW CASTLE COURT NO#11 ROGER T. BARTON OF HIS MOTION TO DISMISS** and all responses thereto, IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld.

_____
JJF

Date: January 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **John S. Shipley, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1530-JJF |
| | ) | |
| **B & F TOWING COMPANY and** | ) | |
| **OWNERS, VERNE ORNDOFF** | ) | |
| **NEW CASTLE COUNTY** | ) | |
| **DEPARTMENT OF LAND USE** | ) | |
| **OFFICE OF CODE ENFORCEMENT,** | ) | |
| **STATE OF DELAWARE, JUSTICE** | ) | |
| **OF THE PEACE COURT 11, and** | ) | |
| **JUDGE T. ROGER BARTON,** | ) | |
| | ) | |
| **Defendants,** | ) | |

### CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on the 18th day of January, 2007, that I caused two copies of the foregoing , <u>**MOTION IN OPPOSITION OF DEFENDANTS' VERNE ORNDOFF AND NEW CASTLE COUNTY AND DEPARTMENT OF LAND USE CODE ENFORCEMENT OFFICE AND NEW CASTLE COURT NO#11 ROGER T. BARTON OF HIS MOTION TO DISMISS**</u> to be served by first class U.S. Mail on the party at the following address:

To: B & F TOWING COMPANY
    448 Airport Rd.
    New Castle, DE 19720

Verne Orndoff,
New Castle County,
Dept. of Land Use
Office of Code Enforcement
Corporate Commons
87 Reads Way
New Castle, DE 19720

Judge T. Roger Barton
State of Delaware
Justice of the Peace Court 11
61 Christiana Rd.
New Castle, DE 19720

*[signature]*
John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: January 18, 2007



**New Castle County**  
87 Reads Way  
New Castle Delaware 19720

**Office of Code Enforcement**

(302) 395-5555

# VIOLATION NOTICE

Via POSTING

**FILE No.: 200603456**                                                                 Date: 12/5/06

**John & Rochelle Shipley**
**609 Wildel Avenue**
**Minquadale**
**New Castle, DE  19720**

VIOLATION LOCATION................…....PARCEL NO.: 10-010.30-052
                                    ADDRESS: 609 Wildel Ave.

VIOLATION SECTION(S): PM 302.7; PM 302.8.3; PM 302.8.6; PM 302.10; PM 302.11; PM 303.1; PM 303.2; 304.1; PM 304.2; 304.6; 304.7; 304.10; 304.13; 304.15; 307.1;   UDC 40.03.410(D)

OF THE ☐ **New Castle County Building Code**         ☐ **New Castle County Code**
            **(Chapter 6)**
         X☐ **Unified Development Code**              X☐ **New Castle County Property**
            **(Chapter 40)**                                **Maintenance Code (Chapter 7)**
         ☐ **Drainage Code (Chapter 12)**

**VIOLATION DESCRIPTION:**

Upon inspection, the officer observed openly stored household items and debris, including but not limited to an upholstered reclining chair, aquarium, rusty exercise bike, Little Tykes child's race car bed, washing machine, refrigerator, laundry room wash tub/basin, office type chairs, broken wooden chair; bags of trash, boxes of trash, tires, parts, wood, old grocery store shopping cart, rusted out & broken wheel barrow; broken flower pots; old broken and rusted out swing set; several broken bicycle; old truck cap with the roof smashed in; tree debris; rolls of old chain link fencing; numerous similar items; several unregistered and/or inoperable motor vehicles: black GMC Safari van without tag, vehicle is backed up the garage and same vehicle is full of items like carpeting, etc.; large area of rear yard has been cordoned off with cables/wires and tarps to shield  numerous unregistered and inoperable vehicles, all of which are also parked on surfaces that have not been treated and hardened to accommodate vehicle parking: i.e. blue Chevrolet pickup truck C57840 exp. 4/15/04 (is full of debris); Bradley GT w/o tag; 1947 Plymouth pickup truck w/o tag; green Lincoln w/o tag; blue Cadillac DE 479457 exp. 1999; dark grey/black Chrysler Laser w/o tag; grey Lincoln Mark V w/o tag; white Corvette w/o tag; red Chrysler Voyager minivan with an expired t-tag (too

*Community Excellence through Quality Service*

Exhibit A

**New Castle County**　　　　　　　　　　　　　　　**Office of Code Enforcement**
87 Reads Way
New Castle Delaware 19720　　　　　　　　　　　　　　　　　　(302) 395-5555

deteriorated to read); red Ford 150 Econoline van tag expired in 1999; etc. There is a small above-ground swimming pool that has not been utilized in several years. This pool has no liner or filtration system, the walls of the pool are dented and rusted, a tarp was placed on the pool as a "cover" but the tarp has fallen into the pool and the pool is now collecting leaves and children's toys. The pool does not have an appropriate enclosure surrounding it as required by code. There are accessory structures in disrepair: an old dog house has deteriorated siding and roof and appears to be used to store items – the garage has deteriorated roof, siding and trim (rotting wood, chipping, peeling & flaking paint throughout the structure; tarp on roof of the garage; rotting window frames) Front porch of dwelling has chipping, peeling and flaking paint; missing lattice trim and storm door in disrepair, porch decking boards are rotting on the exterior exposed surfaces; siding to dwelling is in disrepair; roof of house has not been repaired and is still partially covered by a tarp.

**DIRECTIVE:**

**Within seven (7) days REMOVE ANY/ALL household items and items considered to be debris, including but not limited to items described in the Section entitled "Violation Description" maintain exterior of property free from household items and debris.**

**Within seven (7) days REMOVE any all inoperable/unregistered motor vehicles (including but not limited to vehicles described in "Violation Description" or repair and properly register same**

**Within seven (7) days CEASE parking vehicles on surfaces that have not been treated or hardened to accommodate vehicle parking.**

**Within seven (7) days remove tarp and cable structure. Tarps are not an approved fencing material.**

**Within thirty (30) days dismantle and remove the old above ground swimming pool. Should you elect to keep the pool, it must be in a proper state of repair (liner, filtration system, etc.) and covered with a proper pool cover. Additionally, a 4 foot fence with a self-closing, latching gate must be installed around the perimeter of the pool.**

**Within thirty (30) days make repairs to the roof, siding, trim, walls and porch of the dwelling. (Repair roof and remove tarp from roof. Replace/repair any rotted wood, missing lattice, chipping, peeling paint, etc.)**

**Within thirty (30) days make repairs to the roof, siding, trim and walls of the garage. (Repair roof and remove tarp from roof. Replace/repair any rotted wood, chipping, peeling paint, etc.**

**Within thirty (30) days make repairs to the dog house that is in disrepair or remove same. (Fix roof and side of dog house.)**

*Community Excellence through Quality Service*

A-1

**New Castle County**　　　　　　　　　　　　　　**Office of Code Enforcement**
87 Reads Way
New Castle Delaware 19720　　　　　　　　　　　　　　　　(302) 395-5555

**Notice of violation is hereby served** to the above listed. Failure to comply with the above directives within the designated time frames outlined in the "Directive" listed in this notice will result in commencement of legal action for the purpose of seeking the penalties established in the appropriate code. Violations of the above codes are deemed to be a misdemeanor offense. The sentence for any person convicted of such a misdemeanor offense shall include the following fines and may include restitution or such other conditions as the court deems appropriate: The first conviction, the penalty shall be a fine of not less than two hundred dollars ($200.00) nor more than one thousand dollars ($1,000.00). Second convictions for the same offense, the penalty shall be a fine of not less than five hundred dollars ($500.00), nor more than two thousand dollars ($2,000.00).

NOTE: If violations have not been corrected after thirty (30) days, New Castle County may send a vendor to correct the violations in accordance with the New Castle County Property Maintenance Code Chapter 7 Section PM 106.3.1.4.2 and 25 Del.C.§ 2901 and 9 Del.C.§ 2907. A bill may be sent for any work performed. If this bill is not paid within thirty (30) days, a lien may be placed on your property pursuant to 25 Del.C. § 2901. Failure to satisfy the lien may result in the property being sold at Sheriff's sale.

Please contact Officer Donna Thompson at (302) 395-5046 for any questions regarding this Notice.

*[signature]*
DONNA THOMPSON
CODE ENFORCEMENT OFFICER

Orig: 7/27/06
Rev: 8/11/06
Rev: 9/14/06

*Community Excellence through Quality Service*

A 2

| | |
|---|---|
| IN THE MATTER OF ) | IN THE JUSTICE OF THE PEACE COURT 11 |
| John S. & Rochelle D. Shipley<br>609 Wildel Ave., Minquadale<br>New Castle, DE 19720 | |
| )<br>) | STATE OF DELAWARE<br>SEARCH WARRANT |

THE STATE OF DELAWARE TO: <u>Code Enforcement Constable Donna R. Thompson</u> with the assistance of any police officer, constable, building inspector, or any other necessary or proper person or persons or assistance.

GREETINGS:

Upon the annexed affidavit and application or complaint for a day-time search warrant, as I am satisfied that there is probable cause to believe that certain property, to wit: the exterior property area and the exterior of any/all dwellings and accessory structures, interiors of accessory structures and dwelling on the property, including areas covered by or curtained by tarps located at 609 Wildel Ave., Minquadale, New Castle, DE 19720, tax parcel number 10-010.30-052, owned by John S. & Rochelle D. Shipley, may be in violation of the NEW CASTLE COUNTY PROPERTY MAINTENANCE CODE (CHAPTER 7) as amended by New Castle County Sections PM 108.1 Unsafe Structure; PM 108.1.3 Unfit Structure; PM 108.1.4 Unlawful Structure; PM 302.4.2 Prohibited Growth of Weeds and Grass; 304.4 Structural Members; 304.5 Foundation Walls; 304.6 Exterior Walls; 304.7 Roofs and Drainage; PM 302.10 Outside Storage of Household Items; PM 302.11 Outside Storage of Debris; PM 302.12 Responsibility to Keep Shrubs and Trees Trimmed; PM 304.1 Exterior Structure; 304.2 Protective Treatment; PM 307.2 Disposal of Rubbish; PM 302.8.6 Parking of Vehicles; PM 302.8.3 Recreational vehicle parking; PM 302.8.6.2 Construction vehicles; PM 302.15.1 Boats; PM 304.7 Roofs and drainage; 304.11 Chimneys and towers; 304.13 Window, skylight and door frames; 304.13.1 Glazing; 302.7 Accessory structures; PM 307.2.2 Appliances; Unified Development Code, etc. Various code violations appear to exist on the premises as observed from the exterior property area and as described in the annexed affidavit and application and the search of the premises in the daytime is necessary in order to determine and identify all existing code violations and to assess the overall condition of the premises and the health, safety and welfare of the occupants and adjoining properties and any other additional violations that may exist.

NOW THEREFORE, YOU ARE HEREBY COMMANDED within ten (10) days of the date hereof to search the above named dwelling, house, place, or conveyance for the property specified in the annexes affidavit and application, and to photograph and/or videotape items found in the dwelling, house, place, or conveyance above-named dwelling that may be the fruits or instrumentalities of a crime or a violation.

DATED the ___8th___ day of ___January___ A.D. 2007

_____
(Signature of Issuing Authority)

Ex
Posted Jan Exhibit B
Jan 18 07



1983 STRUCTURE was not Record At all IN THIS TOP ROOM

1983 2 Photo

1986 Photo

CARS WERE TAKING OFF Mr. Polly Shuffer PROPERTY IN P.A.

FEDERAL COURTS J. Joase Polly IN P.A. MADE THE UPPER CH TOWNSHIP BRING THE BACK TO THE PROPER

Plaintiff EX.B C