United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

**Civil Action No.** O4-1530 JJF

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Verne Orndoff, and New Castle
County, Department of Land
Use, office of Code Enforcement
87 Reads Way, Corporate Comm
New Castle De State of De 1
18920,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

NOV 30 2006

MAIL ADMINISTRATIVE SERVICES

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)     7004 1350 0004 4788 7602

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOHN S S HIPLEY

V.

**SUMMONS IN A CIVIL CASE**

NEW Castle County,
Department of Land
USE, Office of Code
Enforecement 87 Reads
Way Corporate Commons
New castle DE 19720

CASE NUMBER: O 4 - 1530 JJF

TO: (Name and address of Defendant)

NEW CASTLE County,
Department of LAND
USE, office of CODE Enforement & READSWAY
87 READS WAY Corporate commons NEW CasleDE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

JOHN S S HIPLEY
609 Wilde 1 AVE
NEW Castle DE 19920

an answer to the complaint which is served on you with this summons, within ___2 0___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                    11-22-06

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT)  U.S. Mail | TITLE | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: *New Castle County*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

✗ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Clm. hand* _____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/22/06.
　　　　　　Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOHN S SHIPLEY

**SUMMONS IN A CIVIL CASE**

V.

VERNE Orndoff,
NEW Castle DE
COUNTYs DEPARTMENT
OF LAND USE, OFFICE OF
Code Enforcement 87 READs
WAY, Corporate Comm ons New Castle DE 11720

CASE NUMBER: 04-1530 JJF

TO: (Name and address of Defendant)

VERNE Orndoff
Office of Code Enforcement
87 READs WAY, Corporate Commons
NEW Castle DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN S SHIPLEY
692 Wilder Ave
19720 DE New Castle

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

11-22-06

CLERK                                    DATE

_Ber_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)*<br>*Celestine Dixons* | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *New Castle County - Harshal Purdhit read the complaint and refuse to sign for it*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

✗ Name of person with whom the summons and complaint were left: *With Secretary at Hesh*

☐ Returned unexecuted: _____

☑ Other (specify): *D/m hanel*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/22/06'___
_____Date_____

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.