IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff pro se, | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| B&F TOWING COMPANY and | : | |
| OWNERS, VERNE ORNDORFF, | : | |
| NEW CASTLE COUNTY | : | |
| DEPARTMENT OF LAND USE | : | |
| OFFICE OF CODE ENFORCMENT, | : | |
| STATE OF DELAWARE, JUSTICE | : | |
| OF THE PEACE COURT 11, and | : | |
| JUDGE T. ROGER BARTON, | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Assistant County Attorney Harshal Purohit hereby enters her appearance on behalf of Defendants, Verne Orndorff and New Castle County in lieu of the appearance previously entered by First County Attorney Megan Sanfrancesco.

                                                NEW CASTLE COUNTY LAW

                                                /s/ Harshal Purohit
                                                Harshal Purohit (#4593)
                                                Assistant County Attorney
                                                87 Reads Way
                                                New Castle, DE  19720
                                                (302) 395-5272

Dated: February 2, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN S. SHIPLEY,** | : | |
| | : | |
| **Plaintiff pro se,** | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| **B&F TOWING COMPANY and** | : | |
| **OWNERS, VERNE ORNDORFF,** | : | |
| **NEW CASTLE COUNTY** | : | |
| **DEPARTMENT OF LAND USE** | : | |
| **OFFICE OF CODE ENFORCMENT,** | : | |
| **STATE OF DELAWARE, JUSTICE** | : | |
| **OF THE PEACE COURT 11, and** | : | |
| **JUDGE T. ROGER BARTON,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 2nd day of February, 2007, two copies of the foregoing "SUBSTITUTION OF COUNSEL" and "DEFENDANTS VERNE ORNDORFF AND NEW CASTLE COUNTY DEPARTMENT OF LAND USE OFFICE OF CODE ENFORCEMENT'S REPLY TO PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS" were served via U.S. Mail, postage prepaid, to the party at the following addresses:

To: John Shipley
609 Wildel Avenue
New Castle, DE 19720

/s/ Harshal Purohit_____
Harshal Purohit, No. 4593
Michele D. Allen, No. 4359
New Castle County Law Department
87 Read's Way
New Castle, DE 19720
(302) 395-5142
Attorney for Defendants, Verne Orndorff
and New Castle County Department of Land
Use Office of Code Enforcement

Dated: February 2, 2007