IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **John S. Shipley, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-1530-JJF** |
| | ) | |
| **B & F TOWING COMPANY and** | ) | |
| **OWNERS, VERNE ORNDOFF** | ) | |
| **NEW CASTLE COUNTY** | ) | |
| **DEPARTMENT OF LAND USE** | ) | |
| **OFFICE OF CODE ENFORCEMENT,** | ) | |
| **STATE OF DELAWARE, JUSTICE** | ) | |
| **OF THE PEACE COURT 11, and** | ) | |
| **JUDGE T. ROGER BARTON,** | ) | |
| | ) | |
| **Defendants,** | ) | |

<u>**MOTION FOR EXTENSION OF TIME**</u>
<u>**TO AMEND THE COMPLAINT**</u>

1.    After reviewing the defendants' reply to **MOTION IN OPPOSITION OF**
      **DEFENDANTS'VERNE ORNDOFF AND NEW CASTLE COUNTY**
      **AND DEPARTMENT OF LAND USE CODE ENFORCEMENT**
      **OFFICE AND NEW CASTLE  COURT NO#11 ROGER T. BARTON**
      **OF HIS MOTION TO DISMISS,** John S. Shipley is asking the court to give
      him time to amend.

2.    The Defendants' reply brief is late and after reviewing the brief, John S. Shipley is asking for time to amend because they stated that the State Police gave the orders to remove John S. Shipley's vehicles from his private property and John S. Shipley needs time to investigate this matter.

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 1972

Date: March 21, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SHIPLEY, | ) |
| | ) NO. 06-261-JJF |
| Plaintiff, | ) |
| | ) |
| | ) JURY OF 12 DEMANDED |
| COREY SHAW, SEPTA, AND | ) |
| TRAVELERS' INSURANCE COMPANY | ) |
| | ) |
| Defendant, | ) |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the plaintiff's, **MOTION FOR EXTENSION OF TIME TO AMEND THE COMPLAINT** and all responses thereto IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld.

_____
J.

Date: March 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John S. Shipley, et al., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.  04-1530-JJF** |
| | ) | |
| B & F TOWING COMPANY and | ) | |
| OWNERS, VERNE ORNDOFF | ) | |
| NEW CASTLE COUNTY | ) | |
| DEPARTMENT OF LAND USE | ) | |
| OFFICE OF CODE ENFORCEMENT, | ) | |
| STATE OF DELAWARE, JUSTICE | ) | |
| OF THE PEACE COURT 11, and | ) | |
| JUDGE T. ROGER BARTON, | ) | |
| | ) | |
| **Defendants,** | ) | |

### CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on the 21th day of March, 2007, that I caused two copies of the foregoing , **MOTION FOR EXTENSION OF TIME TO AMEND THE COMPLAINT** to be served by first class U.S. Mail on the party at the following address:

Verne Orndoff
New Castle County
Dept. of Land Use
Office of Code Enforcement
Corporate Commons
87 Reads Way
New Castle, DE 19720

Judge T. Roger Barton,
State of Delaware
Justice of the Peace Court 11
61 Christiana Rd.
New Castle, DE 19720

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date March 21, 2007