IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John S. Shipley, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| B & F TOWING COMPANY and | ) |
| OWNERS, VERNE ORNDOFF | ) |
| NEW CASTLE COUNTY | ) |
| DEPARTMENT OF LAND USE | ) |
| OFFICE OF CODE ENFORCEMENT, | ) |
| STATE OF DELAWARE, JUSTICE | ) |
| OF THE PEACE COURT 11, and | ) |
| JUDGE T. ROGER BARTON, | ) |
| | ) |
| Defendants, | ) |

## PETITION AND MOTION FOR THE COURT TO ENTER A STAY AGAINST ALL THE PROCEEDINGS IN COURT #11 AND NEW CASTLE COUNTY CODE ENFORCEMENT OFFICE AND LAND USE OFFICES AGAINST JOHN S. SHIPLEY

1. John S. Shipley is asking for a stay of all of these proceedings because the County officials keep cutting John S. Shipley's fence and coming onto his private property. Shipley's storm door has been damaged and his locks on his fences have been cut. He was ordered to remove all of his vehicles from his property. Shipley requests that all proceedings be stayed until this matter is resolved in the Federal Court.

2. John S. Shipley is also begging the court to issue a case removal from the State courts involving his property because he is ~~a~~ no criminal and has been continuously treated as such. John S. Shipley is an auto mechanic, he is not crazy, and he is not a criminal. He has a high school education and has completed

3. SEE ExBit A.

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date March 21, 2007

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELALAWARE

IN AND FOR NEW CASTLE COUNTY

IN THE MATTER OF

John S. & Rochelle D. Shipley
609 Wildel Ave.
New Castle, DE  19720

: SEARCH WARRANT APPLICATION
:            AND AFFIDAVIT

State of Delaware     :
                      :     SS
County of New Castle  :

### ORDER GRANTING SEARCH WARRANT

Based upon the sworn Application for Search Warrant and the Probable Cause Affidavit, I hereby find that probable cause exists to believe that the exterior areas of the property and structures identified above as 609 Wildel Ave., Minquadale, New Castle, DE 19720, in addition to the interior of the dwelling and accessory structures, including areas that have been covered or "curtained" by tarps, may contain evidence of violations of the NEW CASTLE COUNTY PROPERTY MAINTENANCE CODE, (CHAPTER 7), as amended by New Castle County and the New Castle County Unified Development Code. I find that an inspection and opportunity to photograph and/or videotape the exterior grounds, exterior buildings & accessory structures, interiors of accessory structures, and items located under tarps or similar coverings.

ISSUED UNDER MY HAND THIS _____,

2007, at _____ A.M./P.M.

Signature of Issuing Authority/Court

EXBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **John S. Shipley, et al.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1530-JJF |
| | ) | |
| **B & F TOWING COMPANY and** | ) | |
| **OWNERS, VERNE ORNDOFF** | ) | |
| **NEW CASTLE COUNTY** | ) | |
| **DEPARTMENT OF LAND USE** | ) | |
| **OFFICE OF CODE ENFORCEMENT,** | ) | |
| **STATE OF DELAWARE, JUSTICE** | ) | |
| **OF THE PEACE COURT 11, and** | ) | |
| **JUDGE T. ROGER BARTON,** | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the plaintiff's, **PETITION AND MOTION FOR THE COURT TO ENTER A STAY AGAINST ALL THE PROCEEDINGS IN COURT #11 AND NEW CASTLE COUNTY CODE ENFORCEMENT OFFICE AND LAND USE OFFICES AGAINST JOHN S. SHIPLEY** and all responses thereto IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld.

_____
J.

Date: March 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **John S. Shipley, et al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1530-JJF |
| | ) |
| **B & F TOWING COMPANY and** | ) |
| **OWNERS, VERNE ORNDOFF** | ) |
| **NEW CASTLE COUNTY** | ) |
| **DEPARTMENT OF LAND USE** | ) |
| **OFFICE OF CODE ENFORCEMENT,** | ) |
| **STATE OF DELAWARE, JUSTICE** | ) |
| **OF THE PEACE COURT 11, and** | ) |
| **JUDGE T. ROGER BARTON,** | ) |
| | ) |
| Defendants, | ) |

### CERTIFICATE OF SERVICE

I, John S. Shipley, hereby certify that on the 21th day of March, 2007, that I caused two copies of the foregoing , **PETITION AND MOTION FOR THE COURT TO ENTER A STAY AGAINST ALL THE PROCEEDINGS IN COURT #11 AND NEW CASTLE COUNTY CODE ENFORCEMENT OFFICE AND LAND USE OFFICESAGAINST JOHN S. SHIPLEY** to be served by first class U.S. Mail on the party at the following address:

Verne Orndoff
New Castle County
Dept. of Land Use
Office of Code Enforcement
Corporate Commons
87 Reads Way
New Castle, DE 19720

Judge T. Roger Barton,
State of Delaware
Justice of the Peace Court 11
61 Christiana Rd.
New Castle, DE 19720

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date March 21, 2007