**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
|     Plaintiff pro se, | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| B&F TOWING COMPANY and | : | |
| OWNERS, VERNE ORNDORFF, | : | |
| NEW CASTLE COUNTY | : | |
| DEPARTMENT OF LAND USE | : | |
| OFFICE OF CODE ENFORCMENT, | : | |
| STATE OF DELAWARE, JUSTICE | : | |
| OF THE PEACE COURT 11, and | : | |
| JUDGE T. ROGER BARTON, | : | |
| | : | |
|     Defendants. | : | |

## ORDER

**AND NOW, TO WIT,** the foregoing motion having been considered, it is hereby ORDERED that the Plaintiff's Motion for Extension of Time to Amend the Complaint is denied.

                                                                  _____
                                                                              Judge