April 26, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

    Re:    John S. Shipley v. B&F Towing, Verne Orndorff, *et. al.*
               Case No. 04-1530-JJF

Dear Judge Farnan:

       Please accept this letter as an interim status report in the above-reference matter. On July 28, 2006, the plaintiff, John S. Shipley, filed an Amended Complaint with this Honorable Court. On December 14, 2006, the Defendants Verne Orndorff and the Department of Land Use Office of Code Enforcement filed a Motion to Dismiss the plaintiff's amended complaint based upon insufficient service of process and failure to state a claim. The plaintiff filed a response to the Defendants' Motion to Dismiss on January 19, 2007. The Defendants' filed a reply to the plaintiff's response on February 2, 2007.

       On March 22, 2007, plaintiff filed a Motion for Extension to amend his complaint and a Motion to Stay all criminal proceedings pending in the Justice of the Peace Court No. 11. Defendants filed a response to plaintiff's Motion for Extension and Motion to Stay on March 28, 2007. To the best of counsel's knowledge, plaintiff has not filed a reply.

       I believe that the Motions are ripe for Your Honor's consideration. However, if Your Honor needs any additional information, I am available at the Court's convenience.

              Respectfully submitted,

              <u>/s/ Harshal Purohit</u>
              Harshal Purohit
              Assistant County Attorney
              87 Reads Way
              New Castle, DE  19720
              302-395-5272

Enclosure
cc:  John S. Shipley

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff pro se, | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| B&F TOWING COMPANY and | : | |
| OWNERS, VERNE ORNDORFF, | : | |
| NEW CASTLE COUNTY | : | |
| DEPARTMENT OF LAND USE | : | |
| OFFICE OF CODE ENFORCMENT, | : | |
| STATE OF DELAWARE, JUSTICE | : | |
| OF THE PEACE COURT 11, and | : | |
| JUDGE T. ROGER BARTON, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 14th day of December, 2006, two copies of the foregoing "Defendants Verne Orndorff and New Castle County Department of Land Use Office of Code Enforcement's Memorandum in Support of Its Motion to Dismiss were served via U.S. Mail, postage prepaid, to the party at the following addresses:

To: John Shipley
    609 Wildel Avenue
    New Castle, DE 19720

/s/ Harshal Purohit_____
Harshal Purohit, No. 4593
Michele D. Allen, No. 4359
Megan K. Sanfrancesco, No. 3801
New Castle County Law Department
87 Read's Way
New Castle, DE 19720
(302) 395-5272
Attorney for Defendants, Verne Orndorff
and New Castle County Department of Land
Use Office of Code Enforcement

Dated: April 27, 2007

Case 1:04-cv-01530-JJF    Document 58    Filed 04/27/2007    Page 5 of 6