IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**John S. Shipley, et al.,** )
)
**Plaintiff,** )
)
**v.** ) **Civil Action No. 04-1530-JJF**
)
**B & F TOWING COMPANY and** )
**OWNERS, VERNE ORNDOFF** )
**NEW CASTLE COUNTY** )
**DEPARTMENT OF LAND USE** )
**OFFICE OF CODE ENFORCEMENT,** )
**STATE OF DELAWARE, JUSTICE** )
**OF THE PEACE COURT 11, and** )
**JUDGE T. ROGER BARTON,** )
)
**Defendants,** )

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 MAY 10 PM 1:39

**REPLY TO THE DEFENDANTS MOTION TO DISMISS**

1. Your honor, please excuse the plaintiff. The plaintiff has had a bad accident which he was badly burned by fire and has been suffering.
2. This is a response to the letter dated April 26, 2007 by the attorney for the county, Harshal Purohit.
3. The plaintiff has filed the complaint against the Defendant in the time frame set by the federal court. The laws allows 120 days to file a complaint on the defendant. This was done within that time frame.

he complaint was hand delivered to the county and Harshal Purohit read the complaint and refused to accept it from the server. It was also sent certified mail to the county and received on Nov-30-06 by county defendats.

acknowledges that they received it on that date in which was also in accordance with the 120 day rule. The attorney for the county is misled and is counting the holidays which are excluded and not to be counted towards the 120 day time frame. Therefore, the complaint was filed and served in a timely manner.

4. See the plaintiff's exhibit A and exhibit B 1,2 since the county would like to further try to cause harm to the Shipleys with methods to try to take their property from them and sell it. Also see the plaintiff's exhibit C 1 2 3.

Wherefore, for the stated reasons, John S. Shipley begs the court to enter an appropriate order and to proceed with the complaint against the defendants in order to stop the unconstitutional practices by the county against all people in the state of Delaware.

Respectfully submitted,

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 1972

Date: May 9, 2007

Christopher A. Coons
County Executive



Charles L. Baker
General Manager

**DEPARTMENT OF LAND USE**
**OFFICE OF CODE ENFORCEMENT**

March 8, 2007

John & Rochelle Shipley
609 Wildel Avenue
New Castle, DE 19720

RE: **Demand for Payment**

| | | |
|---|---|---|
| Premises located at | : | 609 Wildel Avenue |
| Parcel Number | : | 1001030052 |
| Complaint File No. | : | 200603456 |
| Work Order No. | : | N-06-016,S-07-002 |

Dear Mr. & Mrs. Shipley:

The failure to maintain the above-indicated property as required by New Castle County Code has resulted in the County having incurred expenses on or about 12/5/2006 for $132.00, $280.00 totaling $412.00 in order to bring your property into conformance with New Castle County Code.

Therefore, submit a check (certified or cashiers) in the amount of **$412.00** payable to **New Castle County** and mail it to the Office of Code Enforcement at the address below **within ten (10) days.** Failure to pay these expenses will result in a lien in the amount of the expenses plus penalty **and** interest charges on such expenses being placed against the property. Moreover, other civil action may also be instituted for the recovery of the expenses plus penalty and interest charges and attorney's fees.

If you would like to discuss this matter, please contact me at 395-5040.

Sincerely,

Donna R. Thompson jk

Donna R. Thompson
Complaints Specialist

DRT/jk

87 Read's Way, New Castle, DE 19720 www.nccdelu.org Phone: 302-395-5040 Fax: 302-395-5545

Exhibit A




**New Castle County**
87 Reads Way
New Castle Delaware 19720

**Office of Code Enforcement**

(302) 395-5555

# VIOLATION NOTICE

Via certified and first class mail

**FILE No.: 200603456** **Date: 12/4/06**

**John & Rochelle Shipley**
**609 Wildel Avenue**
**Minquadale**
**New Castle, DE 19720**

**VIOLATION LOCATION..................PARCEL NO.: 10-010.30-052**
**ADDRESS: 609 Wildel Ave.**

**VIOLATION SECTION(S): PM 302.7; PM 302.8.3; PM 302.8.6; PM 302.10; PM 302.11; PM 303.1; PM 303.2; 304.1; PM 304.2; 304.6; 304.7; 304.10; 304.13; 304.15; 307.1; UDC 40.03.410(D)**

**OF THE** ☐ **New Castle County Building Code (Chapter 6)** ☐ **New Castle County Code**

X☐ **Unified Development Code (Chapter 40)** X☐ **New Castle County Property Maintenance Code (Chapter 7)**

☐ **Drainage Code (Chapter 12)**

**VIOLATION DESCRIPTION:**

Upon inspection, the officer observed openly stored household items and debris, including but not limited to an upholstered reclining chair, aquarium, rusty exercise bike, Little Tykes child's race car bed, washing machine, refrigerator, laundry room wash tub/basin, office type chairs, broken wooden chair; bags of trash, boxes of trash, tires, parts, wood, old grocery store shopping cart, rusted out & broken wheel barrow; broken flower pots; old broken and rusted out swing set; several broken bicycle; old truck cap with the roof smashed in; tree debris; rolls of old chain link fencing; numerous similar items; several unregistered and/or inoperable motor vehicles: black GMC Safari van without tag, vehicle is backed up the garage and same vehicle is full of items like carpeting, etc.; large area of rear yard has been cordoned off with cables/wires and tarps to shield numerous unregistered and inoperable vehicles, all of which are also parked on surfaces that have not been treated and hardened to accommodate vehicle parking: i.e. blue Chevrolet pickup truck C57840 exp. 4/15/04 (is full of debris); Bradley GT w/o tag; 1947 Plymouth pickup truck w/o tag; green Lincoln w/o tag; blue Cadillac DE 479457 exp. 1999; dark grey/black Chrysler Laser w/o tag; grey Lincoln Mark V w/o tag; white Corvette w/o tag; red Chrysler Voyager minivan with an expired t-tag (too



Exhibit A

**New Castle County** **Office of Code Enforcement**
87 Reads Way
New Castle Delaware 19720 (302) 395-5555

deteriorated to read); red Ford 150 Econoline van tag expired in 1999; etc. There is a small above-ground swimming pool that has not been utilized in several years. This pool has no liner or filtration system, the walls of the pool are dented and rusted, a tarp was placed on the pool as a "cover" but the tarp has fallen into the pool and the pool is now collecting leaves and children's toys. The pool does not have an appropriate enclosure surrounding it as required by code. There are accessory structures in disrepair: an old dog house has deteriorated siding and roof and appears to be used to store items – the garage has deteriorated roof, siding and trim (rotting wood, chipping, peeling & flaking paint throughout the structure; tarp on roof of the garage; rotting window frames) Front porch of dwelling has chipping, peeling and flaking paint; missing lattice trim and storm door in disrepair, porch decking boards are rotting on the exterior exposed surfaces; siding to dwelling is in disrepair; roof of house has not been repaired and is still partially covered by a tarp.

**DIRECTIVE:**

**Within seven (7) days REMOVE ANY/ALL household items and items considered to be debris, including but not limited to items described in the Section entitled "Violation Description" maintain exterior of property free from household items and debris.**

**Within seven (7) days REMOVE any all inoperable/unregistered motor vehicles (including but not limited to vehicles described in "Violation Description" or repair and properly register same**

**Within seven (7) days CEASE parking vehicles on surfaces that have not been treated or hardened to accommodate vehicle parking.**

**Within seven (7) days remove tarp and cable structure. Tarps are not an approved fencing material.**

**Within thirty (30) days dismantle and remove the old above ground swimming pool. Should you elect to keep the pool, it must be in a proper state of repair (liner, filtration system, etc.) and covered with a proper pool cover. Additionally, a 4 foot fence with a self-closing, latching gate must be installed around the perimeter of the pool.**

**Within thirty (30) days make repairs to the roof, siding, trim, walls and porch of the dwelling. (Repair roof and remove tarp from roof. Replace/repair any rotted wood, missing lattice, chipping, peeling paint, etc.)**

**Within thirty (30) days make repairs to the roof, siding, trim and walls of the garage. (Repair roof and remove tarp from roof. Replace/repair any rotted wood, chipping, peeling paint, etc.**

**Within thirty (30) days make repairs to the dog house that is in disrepair or remove same. (Fix roof and side of dog house.)**

**New Castle County**
87 Reads Way
New Castle Delaware 19720

**Office of Code Enforcement**
(302) 395-5555

**Notice of violation is hereby served** to the above listed. Failure to comply with the above directives within the designated time frames outlined in the "Directive" listed in this notice will result in commencement of legal action for the purpose of seeking the penalties established in the appropriate code. Violations of the above codes are deemed to be a misdemeanor offense. The sentence for any person convicted of such a misdemeanor offense shall include the following fines and may include restitution or such other conditions as the court deems appropriate: The first conviction, the penalty shall be a fine of not less than two hundred dollars ($200.00) nor more than one thousand dollars ($1,000.00). Second convictions for the same offense, the penalty shall be a fine of not less than five hundred dollars ($500.00), nor more than two thousand dollars ($2,000.00).

NOTE: If violations have not been corrected after thirty (30) days, New Castle County may send a vendor to correct the violations in accordance with the New Castle County Property Maintenance Code Chapter 7 Section PM 106.3.1.4.2 and 25 Del.C.§ 2901 and 9 Del.C.§ 2907. A bill may be sent for any work performed. If this bill is not paid within thirty (30) days, a lien may be placed on your property pursuant to 25 Del.C. § 2901. Failure to satisfy the lien may result in the property being sold at Sheriff's sale.

Please contact Officer Donna Thompson at (302) 395-5046 for any questions regarding this Notice.

**DONNA THOMPSON**
**CODE ENFORCEMENT OFFICER**

Orig: 7/27/06
Rev: 8/11/06
Rev: 9/14/06



ExBit B 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

JOHN S SHIPLEY

V.

VERNE orndoff, NEW Castle ~~DE~~ CS CAUNTY, DEPARTMENT OF LAND USE, Office of Code Enforcement 87 READS WAY, Corporate COMMONS NEW Castle DE 19720

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1530 JJF

TO: (Name and address of Defendant)

VERNE Orndoff
Office of Code Enforcement
87 READS WAY, Corporate Commons
New Castle DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

JOHN S SHIPLEY
[illegible] Wildel AVE
New Castle DE
19720

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

[signature]

(By) DEPUTY CLERK

11-22-06

DATE

# Affidavit

I, Celestine Dixon, do swear that on the ~~11/Mth~~ Nov 22 day of ~~22~~ 2006, that Harshal Purohit read the complaint and then refused to sign for delivery and accept the complaint, so I left a copy of the complaint with the receptionist and one of the county officials also present at the receptionist's desk that day.

Celestine Dixon

Celestine Dixon

Sworn to and subscribed by me, Della Z. Swarter, a Notary Public of the State of Delaware, this 10th day of May, 2007, personally appeared CELESTINE DIXON.

Notary Public

Date: May 9, 2007

DELLA Z. SWARTER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**John S. Shipley, et al.,** )
)
**Plaintiff,** )
)
**v.** ) **Civil Action No. 04-1530-JJF**
)
**B & F TOWING COMPANY and** )
**OWNERS, VERNE ORNDOFF** )
**NEW CASTLE COUNTY** )
**DEPARTMENT OF LAND USE** )
**OFFICE OF CODE ENFORCEMENT,** )
**STATE OF DELAWARE, JUSTICE** )
**OF THE PEACE COURT 11, and** )
**JUDGE T. ROGER BARTON,** )
)
**Defendants,** )

**ORDER**

AND NOW, this ____ ______ day of ________________, 2007, upon consideration of the plaintiff's, **REPLY TO THE DEFENDANTS MOTION TO DISMISS** and all responses thereto, IT IS HEREBY Ordered that the plaintiff's Motion is GRANTED and the claims be upheld and the court moves on with the discovery.

______________________________

JJF

Date: May 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **John S. Shipley, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-1530-JJF** |
| | ) | |
| **B & F TOWING COMPANY and** | ) | |
| **OWNERS, VERNE ORNDOFF** | ) | |
| **NEW CASTLE COUNTY** | ) | |
| **DEPARTMENT OF LAND USE** | ) | |
| **OFFICE OF CODE ENFORCEMENT,** | ) | |
| **STATE OF DELAWARE, JUSTICE** | ) | |
| **OF THE PEACE COURT 11, and** | ) | |
| **JUDGE T. ROGER BARTON,** | ) | |
| | ) | |
| **Defendants,** | ) | |

**CERTIFICATE OF SERVICE**

I, John S. Shipley, hereby certify that on the day of May, 2007, that I caused two copies of the foregoing , **REPLY TO THE DEFENDANTS MOTION TO DISMISS** to be served by first class U.S. Mail on the party at the following address:

To: B & F TOWING COMPANY
448 Airport Rd.
New Castle, DE 19720

Harshal Purohit, No. 4593
Michele D. Allen, No. 4359
Megan K. Sanfrancesco, No. 3801
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302) 395- 5272
Attorney for Defendants, Verne Orndoff
And the New Castle County Department of
Land Use Office of Code Enforcement

Judge T. Roger Barton
State of Delaware
Justice of the Peace Court 11
61 Christiana Rd.
New Castle, DE 19720

John S. Shipley, **pro se**
609 Wildel Ave
New Castle, DE 19720

Date: May 9, 2007