**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN S. SHIPLEY, | : | |
| | : | |
| Plaintiff pro se, | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| B&F TOWING COMPANY and | : | |
| OWNERS, VERNE ORNDORFF, | : | |
| NEW CASTLE COUNTY | : | |
| DEPARTMENT OF LAND USE | : | |
| OFFICE OF CODE ENFORCMENT, | : | |
| STATE OF DELAWARE, JUSTICE | : | |
| OF THE PEACE COURT 11, and | : | |
| JUDGE T. ROGER BARTON, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 17th day of May 2007, two copies of the foregoing "DEFENDANTS VERNE ORNDORFF AND NEW CASTLE COUNTY DEPARTMENT OF LAND USE OFFICE OF CODE ENFORCEMENT'S MOTION TO STRIKE" was served via U.S. Mail, postage prepaid, to the party at the following address:

    To:  John Shipley
           609 Wildel Avenue
           New Castle, DE 19720

                                              /s/ Harshal Purohit_____
                                              Harshal Purohit, No. 4593
                                              Megan K. Sanfrancesco, No. 3801
                                              New Castle County Law Department
                                              87 Read's Way
                                              New Castle, DE 19720
                                              (302) 395-5142
                                              Attorney for Defendants, Verne Orndorff
                                              and New Castle County Department of Land
                                              Use Office of Code Enforcement

Dated: May 17, 2007