IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN S. SHIPLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1530-JJF |
| | : |
| VERNE ORNDOFF, JUDGE T. ROGER | : |
| BARTON, NEW CASTLE COUNTY | : |
| DEPARTMENT OF LAND USE OFFICE | : |
| OF CODE ENFORCEMENT, and STATE | : |
| OF DELAWARE, JUSTICE OF THE | : |
| PEACE COURT 11, | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington, this 7th day of June 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Reconsider The Order Dated October 30, 2006 (D.I. 42) is **DENIED**.

2. Defendants Verne Orndorff and New Castle County Department of Land Use Office of Code Enforcement's Motion To Dismiss (D.I. 44) is **GRANTED**.

3. Defendants Judge T. Roger Barton and the State of Delaware, Justice of the Peace Court 11 are **DISMISSED**, sua sponte, as Defendants

4. Plaintiff's Motion For Extension Of Time To Amend (D.I. 52) is **DENIED**.

5.   Plaintiff'S Motion To Stay (D.I. 53) is **DENIED**.

6.   Defendants Verne Orndorff and New Castle County Department of Land Use Office of Code Enforcement's Motion To Strike (D.I. 60) is **DENIED**.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```