<u>Motion</u>   7/31/07

CA 04-1530/JJF

TO THE HONORABLE
   Judge Joseph J. Farnan,

This letter is in reference to the order dated 6-07-07 and received on 6-31-07. The service to New Castle was witin one hundred and twenty days as required by law. I am asking the Court to reconsider it's position based on the law. As a result of the decision of this court, ~~the~~ New Castle County came on my property and removed thirtheen tarped and fince in cans that were Classic and ~~Anti~~ Anuntique. I am asking the Court to reconsider

it's position and order that my cars be returned by the County.

CC:                                              John S. Shipley

I John SShipley certify that on 7-31-07 that I placed a copy of the letter in the United States mail to B & F Towing Company representing attorney Etta R. Wafte and Laurence V. Cronin. The Corporate Plazza, 800 Delaware Ave. P.O. Box 410 Wilmington, De 19899

Defendant Verne Orndoff and Defendant Judge T. Roger Barton New Castle County Law Department. Represented by Harshal Purohit New Castle County Law Department, New Castle Corporate Commons 87 Reads way New Caste, County 19720

Jos Shyft