August 16, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

   Re: John S. Shipley v. B&F Towing, Verne Orndorff, *et. al.*
     Case No. 04-1530-JJF

Dear Judge Farnan:

  Please accept this letter as a response to Mr. Shipley's July 31, 2007 Motion for Reconsideration. On June 7, 2007, Your Honor granted the Defendants' Motion to Dismiss the above-referenced matter. On July 31, 2007, fifty-four days after the Motion to Dismiss was granted, Mr. Shipley filed a Motion requesting that Your Honor reconsider your decision. Mr. Shipley's Motion is untimely pursuant to Federal Rule of Civil Procedure 59 (e), which states that motions to alter or amend judgment must be filed within ten days after the entry of a judgment.

  In addition, Mr. Shipley has failed to provide any reasonable basis for his untimely motion or why Your Honor should reconsider the Order granting the Defendants' Motion to Dismiss. Mr. Shipley also makes reference to a pending criminal case which has no relevance to the civil case at hand.

  I kindly request that Mr. Shipley's Motion for Reconsideration be stricken as being untimely and inappropriately filed. If Your Honor needs any additional information, I am available at the Court's convenience.

            Respectfully submitted,

            /s/ Harshal Purohit
            Harshal Purohit #4593
            Assistant County Attorney

cc: John S. Shipley

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHN S. SHIPLEY,** | : | |
| | : | |
| **Plaintiff pro se,** | : | Case No. 04-1530-JJF |
| | : | |
| v. | : | |
| | : | |
| **B&F TOWING COMPANY and OWNERS, VERNE ORNDORFF, NEW CASTLE COUNTY DEPARTMENT OF LAND USE OFFICE OF CODE ENFORCMENT, STATE OF DELAWARE, JUSTICE OF THE PEACE COURT 11, and JUDGE T. ROGER BARTON,** | : : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Harshal Purohit, Assistant County Attorney, hereby certify that on the 16th day of August, 2007, two copies of the foregoing Letter was served via U.S. Mail, postage prepaid, to the party at the following addresses:

To: John Shipley
609 Wildel Avenue
New Castle, DE 19720

_____
Harshal Purohit, No. 4593
New Castle County Law Department
87 Read's Way
New Castle, DE 19720
(302) 395-5142

Dated: August 16, 2007